Peter C. D'Apice
State Bar No. 05377783
Jacob L. Newton
State Bar No. 24046523
Briana L. Cioni
State Bar No. 24044161
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA**
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Phone:  (214) 969-4900
Facsimile:  (214) 969-4999

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Green 126 LP, et al., | § | Case No. 08-36470 |
| | § | |
| Debtors | § | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that, pursuant 9010(b) of the Bankruptcy Rules and  § 1109(b) of the Bankruptcy Code, Peter C. D'Apice, Jacob L. Newton and Briana L. Cioni of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation, appear on behalf of LMREC CDO II REO I, Inc., a creditor in the above referenced bankruptcy proceedings, and respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served on the addresses, telephone and telecopy numbers listed below:

Peter C. D'Apice
Jacob L. Newton
Briana L. Cioni
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(214) 969-4900
(214) 969-4999 (facsimile)
d'apice@sbep-law.com
newton@sbep-law.com
cioni@sbep-law.com
(Counsel for LMREC CDO II REO I, Inc.)

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, plans, disclosure statements, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, written or oral, or whether by mail, delivery, telephone, telex or otherwise.

Respectfully submitted,

/s/ *Jacob L. Newton*

Jacob L. Newton
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION**
2323 Bryan Street
Suite 2200
Dallas, Texas 75201-2689
(214) 969-4900
(214) 969-4999 (facsimile)
cioni@sbep-law.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all persons listed below via ECF and/or first class mail, postage prepaid on the 9th day of October 2008.

Marjorie Payne Britt
Britt & Catrett, P.C.
4615 Southwest Freeway, Suite 500
Houston, TX  77027

Charles McVay
United States Trustee
516 Rusk Ave.
Houston, TX  77002

Christine A March
Office of the US Trustee
515 Rusk St
Ste 3516
Houston, TX 77002

IRS- Insolvency Division
P.O. Box 21126
Philadelphia, PA  19114


                                                                                                      _/s/ Briana L. Cioni_
                                                                                                        Briana L. Cioni