UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-36470-H5-11 |
| GREENS 126 LP | § | |
| DEBTOR(S), | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Harris County**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

```
                    LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
                    P O BOX 3064
                    HOUSTON, TX 77253-3064
                    Telephone:  (713)844-3478
                    Facsimile:  (713)844-3503
                    Email:      houston_bankruptcy@publicans.com

                    By: _____
                        John P. Dillman        State Bar No.    05874400
```

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

| | | |
|---|---|---|
| MARJORIE A. PAYNE BRITT | HOUSTON US TRUSTEE | GREENS 126 LP |
| 4615 SOUTHWEST FREEWAY | 515 RUSK AVE | 8045 ANTOINE DRIVE #189 |
| SUITE 500 | SUITE 3516 | HOUSTON, TX 77088 |
| HOUSTON, TX 77027 | HOUSTON, TX 77002 | |

Dated this 20TH day of OCT, 2008.

_____
John P. Dillman