IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Greens 126 LP | § § § | No. 08-36470
Chapter 11
Jointly Administered With |
| DEBTOR(S) | § § § | No. 08-36471--Oaks 198, L.P
No. 08-36472--Trails 240, L.P. |

## MOTION FOR ADDITIONAL TIME TO COMPLETE SCHEDULES

COMES NOW Greens 126 LP and requests an additional time of 15 days to complete its schedules and statement of financial affairs and those of the cases jointly administered with this case as provided under Fed.R.Bankr.P. 1007(a)(4) and (c), and for cause would show:

1. Debtors filed their petitions for relief on October 7, 2008. The filings were done on an emergency basis with no time to prepare the necessary information for schedules or a statement of financial affairs. Debtors have worked since the filing date to assemble the needed information and although most of the required data is presently in the hands of the undersigned counsel, there has not been sufficient time to prepare the documents for signature prior to the ordinary deadline of 15 days.

2. Debtors' request is for good cause and not to prejudice creditors, but so their submissions to this Court may be as accurate and as complete as possible.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that upon hearing, their Motion for Additional Time to Complete Schedules is granted.

        Respectfully submitted,

        /s/Marjorie Payne Britt
        Marjorie Payne Britt
        4615 S.W. Fwy., Suite 500
        Houston, TX  77027
        (713) 666-0807
        (713) 355-8382 facsimile
        SBN 15659700

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on this the 22nd day of October, 2008 on the following persons and on the attached list by first class mail, postage prepaid or by electronic means:

Mr. Charles McVay
United States Trustee
515 Rusk Ave.
Houston, TX  77002

        /s/Marjorie Payne Britt