IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § | |
| Greens 126 LP | § § § | No. 08-36470<br>Chapter 11<br>Jointly Administered With |
| **DEBTOR(S)** | § § | No. 08-36471--Oaks 198, L.P<br>No. 08-36472--Trails 240, L.P. |

## MOTION FOR ADDITIONAL TIME TO COMPLETE SCHEDULES

COMES NOW Greens 126 LP and requests an additional time of 3 days (until November 7, 2008) to complete its schedules and statement of financial affairs and those of the cases jointly administered with this case as provided under Fed.R.Bankr.P. 1007(a)(4) and (c), and for cause would show:

1. Debtors filed their petitions for relief on October 7, 2008. The Court approved a Motion to Extend Time on 10/24/2008 extending the deadline to November 4, 2008. (Case no. 08-36470, doc. #16). The petition filings were done on an emergency basis with no time to prepare the necessary information for schedules or a statement of financial affairs. Debtors have worked since the filing date to assemble the needed information and although the paperwork is virtually complete, the Debtors' principal is traveling on business and currently unavailable to complete review and signature of the papers prior to filing. Although Debtors anticipate having the required signatures in the next 24 hours, they request this extension in an abundance of caution.

2. Debtors' request is for good cause and not to prejudice creditors, but so their submissions to this Court may be as accurate and as complete as possible.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that upon hearing,

their Motion for Additional Time to Complete Schedules is granted.

                    Respectfully submitted,


                    <u>/s/Michael Louis Catrett</u>
                    Michael Louis Catrett
                    ADM 589119
                    SBN 24049057
                    Britt & Catrett, P.C.
                    4615 S.W. Fwy., Suite 500
                    Houston, TX  77027
                    (713) 666-0807
                    (713) 355-8382 facsimile


            <u>Certificate of Service</u>

  I hereby certify that a true and correct copy of the foregoing was served on this the 4th day of November, 2008 on the following persons and on the attached list by first class mail, postage prepaid or by electronic means:

  Mr. Charles McVay
  United States Trustee
  515 Rusk Ave.
  Houston, TX  77002


                    <u>/s/Michael Louis Catrett</u>