IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| Greens 126, L.P. | § | No. 08-36470 |
| Oaks 198, L.P. | § | No. 08-36471 |
| Trails 240, L.P. | § | No. 08-36472 |
| | § | Chapter 11 |
| **DEBTOR(S)** | § | Contested Matter |
| _____ | | |
| | § | |
| Greens 126, L.P. | § | |
| Oaks 198, L.P. | § | |
| Trails 240, L.P. | § | |
| | § | |
| Movants | § | |
| | § | |
| vs. | § | |
| | § | |
| Legg Mason Real Estate Capital II, Inc | § | |
| | § | |
| **RESPONDENT** | § | |

### ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION AND TO LIMIT NOTICE FOR MOTION FOR ENTRY OF AGREED ORDER FOR USE OF CASH COLLATERAL AND FOR RELATED RELIEF

Came on to be considered the Motion For Expedited Consideration for Motion for Entry of Agreed Order for Use of Cash Collateral and for Related Relief filed by Debtors and it appearing that such request should be granted; it is

**ORDERED** that this motion be set for hearing on November ___, 2008, at ___ AM/PM in Courtroom _____.

**ORDERED** that notice for said hearing be limited to notice provided by the underlying Motion.

SIGNED this _____ day of November, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE