EXHIBIT "A" 20081105 - Agreed Order Cash Collateral - Exhibits A,B

**2009 COMBINED BUDGET**
**564 UNITS**
**COMBINED BUDGET 2009**

| | Month End November 2008 Budget | Month End December 2008 Budget | Month End January 2009 Budget | Month End February 2009 Budget | Month End March 2009 Budget | Month End April 2009 Budget | Month End May 2009 Budget | Month End June 2009 Budget | Month End July 2009 Budget | Month End August 2009 Budget | Month End September 2009 Budget | Month End October 2009 Budget | Year Ending 12/31/2009 Budget | Apply Variance? | Reference Note | MONTHLY VARIANCE Monthly Variance Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | | | |
| Gross Potential Rent | $302,616 | $308,375 | $314,135 | $319,894 | $325,653 | $331,412 | $337,172 | $342,931 | $348,690 | $354,450 | $360,209 | $365,968 | $4,011,503 | | | |
| Vacancies | -$71,657 | -$70,052 | -$68,447 | -$66,842 | -$65,237 | -$63,632 | -$62,027 | -$60,422 | -$58,817 | -$57,212 | -$55,607 | -$54,002 | -$753,954 | | | |
| Discounts/ Concessions | -$15,981 | -$12,332 | -$12,282 | -$12,232 | -$12,182 | -$12,132 | -$12,082 | -$12,032 | -$11,982 | -$11,932 | -$11,882 | -$11,832 | -$148,883 | | | |
| Rent Receivables | -$28,236 | -$27,351 | -$26,466 | -$25,581 | -$24,696 | -$23,811 | -$22,926 | -$22,041 | -$21,156 | -$20,271 | -$19,386 | -$18,501 | -$280,422 | | | |
| Admin. Rent | -$10,036 | -$10,011 | -$9,986 | -$9,961 | -$9,936 | -$9,911 | -$9,886 | -$9,861 | -$9,836 | -$9,811 | -$9,786 | -$9,761 | -$118,782 | | | |
| **TOTAL RENTAL INCOME** | $176,706 | $188,629 | $196,954 | $205,278 | $213,602 | $221,926 | $230,251 | $238,575 | $246,899 | $255,224 | $263,548 | $271,872 | $2,709,463 | | | |
| Security Deposit Forfeitures | $4,350 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | |
| Laundry Income | $1,125 | $4,450 | $4,552 | $4,654 | $4,756 | $4,858 | $4,960 | $5,062 | $5,164 | $5,266 | $5,368 | $5,470 | $2,709,463 | | | |
| Water Income | $6,985 | $1,178 | $1,231 | $1,284 | $1,337 | $1,390 | $1,443 | $1,496 | $1,549 | $1,602 | $1,655 | $1,708 | $58,910 | | | |
| Application Fees | $7,087 | $7,189 | $7,291 | $7,393 | $7,495 | $7,597 | $7,699 | $7,801 | $7,903 | $8,005 | $8,107 | $58,700 | | | | |
| Late/Nsf Fees | $1,225 | $1,330 | $1,435 | $1,540 | $1,645 | $1,750 | $1,855 | $1,960 | $2,065 | $2,170 | $2,275 | $2,380 | $21,630 | | | |
| Other Income | $5,715 | $5,715 | $5,717 | $5,719 | $5,721 | $5,723 | $5,725 | $5,727 | $5,729 | $5,731 | $5,733 | $5,735 | $68,690 | | | |
| **TOTAL INCOME** | $1,515 | $1,555 | $1,595 | $1,635 | $1,675 | $1,715 | $1,755 | $1,795 | $1,835 | $1,875 | $1,915 | $1,955 | $20,820 | | | |
| **EXPENSES** | $197,621 | $209,944 | $218,673 | $227,401 | $236,129 | $244,857 | $253,586 | $262,314 | $271,042 | $279,771 | $288,499 | $297,227 | $2,987,063 | | | |
| **VARIABLE EXPENSES** | | | | | | | | | | | | | | | | |
| **GENERAL & ADMINISTRATIVE** | | | | | | | | | | | | | | | | |
| General Office | $0 | $5,300 | $5,340 | $5,340 | $5,340 | $5,340 | $5,340 | $5,340 | $5,340 | $5,340 | $5,340 | $5,340 | $58,700 | NA | NA | NA |
| Legal & Accounting | $0 | $1,235 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $11,985 | NA | NA | NA |
| Management Fee | $0 | $2,099 | $2,187 | $2,274 | $2,361 | $2,449 | $2,536 | $2,623 | $2,710 | $2,798 | $2,885 | $2,972 | $27,894 | NA | NA | NA |
| Miscellaneous | $0 | $320 | $320 | $320 | $320 | $320 | $320 | $320 | $320 | $320 | $320 | $320 | $3,520 | NA | NA | NA |
| **TOTAL GENERAL & ADMIN.** | $0 | $8,954 | $8,922 | $9,009 | $9,096 | $9,184 | $9,271 | $9,358 | $9,445 | $9,533 | $9,620 | $9,707 | $102,095 | Yes | Note 3 | $1,000 |
| **ADVERTISING** | | | | | | | | | | | | | | | | |
| Advertising / Leasing | $0 | $4,860 | $4,860 | $4,860 | $4,860 | $4,860 | $4,860 | $4,660 | $4,660 | $4,660 | $4,660 | $4,660 | $52,460 | NA | NA | NA |
| Promotions | $0 | $145 | $145 | $395 | $145 | $145 | $145 | $145 | $145 | $145 | $395 | $145 | $2,095 | NA | NA | NA |
| Referral Fees | $0 | $100 | $100 | $100 | $200 | $100 | $100 | $100 | $100 | $100 | $100 | $200 | $1,500 | NA | NA | NA |
| Rental Agents / Locators | $0 | $1,180 | $810 | $810 | $1,180 | $810 | $810 | $1,180 | $810 | $810 | $810 | $810 | $10,390 | NA | NA | NA |
| **TOTAL ADVERTISING** | $0 | $6,285 | $6,015 | $6,165 | $6,285 | $6,015 | $5,915 | $6,085 | $5,815 | $5,715 | $6,335 | $5,815 | $66,445 | Yes | Note 3 | $500 |
| **MAINTENANCE & REPAIRS** | | | | | | | | | | | | | | | | |
| Exterminating | $0 | $560 | $560 | $560 | $560 | $560 | $560 | $560 | $560 | $560 | $560 | $560 | $6,160 | NA | NA | NA |
| Landscaping Serv. | $0 | $615 | $615 | $615 | $615 | $615 | $615 | $615 | $615 | $615 | $615 | $615 | $6,765 | NA | NA | NA |
| Maintenance & Repairs | $0 | $2,900 | $2,900 | $2,900 | $2,900 | $2,900 | $2,900 | $2,900 | $2,900 | $2,900 | $2,900 | $2,900 | $31,900 | NA | NA | NA |
| Make-Readies / Turnkeys | $0 | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $74,800 | NA | NA | NA |
| Miscellaneous | $0 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $41,250 | NA | NA | NA |
| Patrol / Security Servc. | $0 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $1,100 | NA | NA | NA |
| | $0 | $1,650 | $1,650 | $1,650 | $1,650 | $1,650 | $1,650 | $1,650 | $1,650 | $1,650 | $1,650 | $1,650 | $18,150 | NA | NA | NA |
| **TOTAL MAINTENANCE & REPAIRS** | $0 | $16,375 | $16,375 | $16,375 | $16,375 | $16,375 | $16,375 | $16,375 | $16,375 | $16,375 | $16,375 | $16,375 | $180,125 | Yes | Note 3 | $1,700 |
| **PAYROLL** | | | | | | | | | | | | | | | | |
| Office Payroll | $10,468 | $10,468 | $10,468 | $10,468 | $10,468 | $10,468 | $10,468 | $10,468 | $10,468 | $10,468 | $10,468 | $10,468 | $125,616 | NA | NA | NA |
| Maintenance Payroll | $11,635 | $11,635 | $11,635 | $11,635 | $11,635 | $11,635 | $11,635 | $11,635 | $11,635 | $11,635 | $11,635 | $11,635 | $139,620 | NA | NA | NA |
| Bonus / Incentives | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | NA | NA | NA |
| Payroll Taxes | $0 | $1,967 | $1,967 | $1,967 | $1,967 | $1,967 | $1,967 | $1,967 | $1,967 | $1,967 | $1,967 | $1,967 | $21,637 | NA | NA | NA |
| Workman's Comp. / Benefits | $0 | $486 | $487 | $488 | $489 | $490 | $491 | $492 | $493 | $494 | $495 | $496 | $5,401 | NA | NA | NA |
| **TOTAL PAYROLL** | $22,103 | $24,556 | $24,557 | $24,558 | $24,559 | $24,560 | $24,561 | $24,562 | $24,563 | $24,564 | $24,565 | $24,566 | $292,274 | NA | NA | NA |
| **TOTAL VARIABLE EXPENSES** | $34,325 | $60,479 | $60,552 | $60,624 | $60,696 | $60,769 | $60,841 | $60,914 | $60,986 | $61,059 | $61,131 | $61,204 | $703,580 | Yes | Note 3 | $2,500 |
| **FIXED OPERATING EXENSES** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | NA | NA | NA |

EXHIBIT "A" 20081105 - Agreed Order Cash Collateral - Exhibits A B

**2009 COMBINED BUDGET**
**564 UNITS**
**COMBINED BUDGET 2009**

| | Month End November 2008 Budget | Month End December 2008 Budget | Month End January 2009 Budget | Month End February 2009 Budget | Month End March 2009 Budget | Month End April 2009 Budget | Month End May 2009 Budget | Month End June 2009 Budget | Month End July 2009 Budget | Month End August 2009 Budget | Month End September 2009 Budget | Month End October 2009 Budget | Year Ending 12/31/2008 2009 Budget | Apply Variance? | MONTHLY VARIANCE Reference Note | Monthly Variance Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTILITIES** | | | | | | | | | | | | | | | | |
| Electricity | $4,675 | $4,675 | $4,675 | $4,675 | $4,675 | $4,675 | $4,675 | $4,675 | $4,675 | $4,675 | $4,675 | $4,675 | $51,425 | NA | NA | NA |
| Gas | $11,535 | $11,535 | $11,535 | $11,535 | $11,535 | $11,535 | $11,535 | $11,535 | $11,535 | $11,535 | $11,535 | $11,535 | $126,885 | NA | NA | NA |
| Water / Sewer | $19,500 | $19,500 | $19,500 | $19,500 | $19,500 | $19,500 | $19,500 | $19,500 | $19,500 | $19,500 | $19,500 | $19,500 | $214,500 | NA | NA | NA |
| Trash removal | $1,756 | $1,756 | $1,756 | $1,756 | $1,756 | $1,756 | $1,756 | $1,756 | $1,756 | $1,756 | $1,756 | $1,756 | $19,316 | NA | NA | NA |
| **TOTAL UTILITIES** | $37,466 | $37,466 | $37,466 | $37,466 | $37,466 | $37,466 | $37,466 | $37,466 | $37,466 | $37,466 | $37,466 | $37,466 | $412,126 | Yes | Note 3 | $3,700 |
| **R E TAXES & INSURANCE** | | | | | | | | | | | | | | | | |
| Real Estate Taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | NA | NA | NA |
| Tax Rendering | $25,230 | $25,230 | $25,230 | $25,230 | $25,230 | $25,230 | $25,230 | $25,230 | $25,230 | $25,230 | $25,230 | $25,230 | $302,760 | No | Note 6 | NA |
| Insurance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | No | Note 6 | NA |
| Insurance- Crime Policy | $13,550 | $13,550 | $13,550 | $13,550 | $13,550 | $13,550 | $13,550 | $13,550 | $13,550 | $13,550 | $13,550 | $13,550 | $162,600 | No | Note 6 | NA |
| **TOTAL R E TAXES & INSURANCE** | $38,780 | $38,780 | $38,780 | $38,780 | $38,780 | $38,780 | $38,780 | $38,780 | $38,780 | $38,780 | $38,780 | $38,780 | $465,360 | NA | NA | NA |
| **TOTAL FIXED OPERATING EXPENSES** | $38,780 | $76,246 | $76,246 | $76,246 | $76,246 | $76,246 | $76,246 | $76,246 | $76,246 | $76,246 | $76,246 | $76,246 | $877,486 | NA | NA | NA |
| **TOTAL OPERATING EXPENSES** | $73,105 | $136,725 | $136,798 | $136,870 | $136,942 | $137,015 | $137,087 | $137,160 | $137,232 | $137,305 | $137,377 | $137,450 | $1,581,066 | NA | NA | NA |
| **NET OPERATING INCOME** | $124,516 | $73,219 | $81,875 | $90,531 | $99,187 | $107,842 | $116,498 | $125,154 | $133,810 | $142,466 | $151,122 | $159,777 | $1,405,997 | Yes | Note 3 | 5.0% |
| **CASH FLOW FROM OPERATIONS** | $124,516 | $73,219 | $81,875 | $90,531 | $99,187 | $107,842 | $116,498 | $125,154 | $133,810 | $142,466 | $151,122 | $159,777 | $1,405,997 | | | |
| Cash on Hand @ Sterling Bank 1 | $0 | | | | | | | | | | | | | | | |
| Cash on Hand @ Bank of America 2 | $129,816 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Cash on Hand @Washington Mutual 3 | $92 | | | | | | | | | | | | | | | |
| Cash on Hand @ Comerica (DIP Accts) 4 | $38,345 | | | | | | | | | | | | | | | |
| Cash on Hand @ Mid Continental Ins. 5 | $27,435 | | | | | | | | | | | | | | | |
| Tax & Insurance Reserves | $70,466 | | | | | | | | | | | | | | | |
| Capital Replacement Reserves | $143,876.54 | Note 7 | | | | | | | | | | | | | | |
| Insurance Proceeds-Fire Damage | $10,403.84 | Note 7 | | | | | | | | | | | | | | |
| CASH FLOW ACCUMULATED | $108,198 | | | | | | | | | | | | | | | |
| | $779,795 | | | | | | | | | | | | | | | |
| Set Asides Expenses | $779,795 | $853,015 | $934,890 | $1,025,420 | $1,124,607 | $1,232,449 | $1,348,948 | $1,474,102 | $1,607,912 | $1,750,378 | $1,901,499 | $2,061,277 | $16,094,29 | | | |
| Legg Mason Mortg Interest Pmt | $0 | $0 | $100,000 | $72,142 | $72,142 | $72,142 | $72,142 | $72,142 | $72,142 | $72,142 | $72,142 | $72,142 | $100,000 $649,278 | | | |
| **Cash Balance-End of Month** | $779,795 | $853,015 | $834,889 | $953,278 | $1,052,465 | $1,160,307 | $1,276,806 | $1,401,960 | $1,535,770 | $1,678,236 | $1,829,357 | $1,989,135 | $15,345,01 | | | |
| **ACCOUNT RECEIVABLES** | | | | | | | | | | | | | | | | |
| Insurance Proceed | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | |
| Rents Receivables | $28,236 | $15,870 | $15,085 | $14,300 | $13,515 | $12,730 | $11,945 | $11,160 | $10,375 | $9,590 | $8,805 | $8,020 | $159,631 | | | |
| | 0 | | | | | | | | | | | | | | | |

Note 1: Selected items are for past services, such as utilities, and required to maintain service compliance
Note 2: Deleted
Note 3: Lender commits to 5 day response
Note 4 Deleted
Note 5: Deleted
Note 6: Items are to be escrowed and paid by Lender
Note 7: Balances subject to revision by Debtor and Respondent

# EXHIBIT "B" 20081105 - Agreed Order Cash Collateral - Exhibits A B

COMBINED MONTHLY ACCOUNTING REPORT
564 UNITS BUDGET BASIS
UNITS OCCUPIED
REPORTING MONTH

| | 2008 Budget | ACTUAL | VARIANCE | MONTHLY VARIANCE Apply Variance? | Reference Note | Monthly Variance Amount |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| Gross Potential Rent | | | | [redacted] | | |
| Vacancies | | | | | | |
| Discounts/ Concessions | | | | | | |
| Rent Receivables | | | | | | |
| Admin. Rent | | | | | | |
| **TOTAL RENTAL INCOME** | | | | | | |
| Security Deposit Forfeitures | | | | | | |
| Laundry Income | | | | | | |
| Water Income | | | | | | |
| Application Fees | | | | | | |
| Late/Nsf Fees | | | | | | |
| Other Income | | | | | | |
| **TOTAL INCOME** | | | | | | |
| **EXPENSES** | | | | | | |
| **VARIABLE EXPENSES** | | | | | | |
| **GENERAL & ADMINISTRATIVE** | | | | | | |
| General Office | | | | NA | NA | NA |
| Legal & Accounting | | | | NA | NA | NA |
| Management Fee | | | | NA | NA | NA |
| Miscellaneous | | | | NA | NA | NA |
| **TOTAL GENERAL & ADMIN.** | | | | Yes | Note 3 | $1,000 |
| **ADVERTISING** | | | | | | |
| Advertising / Leasing | | | | NA | NA | NA |
| Promotions | | | | NA | NA | NA |
| Referral Fees | | | | NA | NA | NA |
| Rental Agents / Locators | | | | NA | NA | NA |
| **TOTAL ADVERTISING** | | | | Yes | Note 3 | $500 |
| **MAINTENANCE & REPAIRS** | | | | | | |
| Exterminating | | | | NA | NA | NA |
| Landscaping Servc. | | | | NA | NA | NA |
| Maintenace & Repairs | | | | NA | NA | NA |
| Make-Readies / Turnkeys | | | | NA | NA | NA |
| Miscellaneous | | | | NA | NA | NA |
| Patrol / Security Servc. | | | | NA | NA | NA |
| **TOTAL MAINTENANCE & REPAIRS** | | | | Yes | Note 3 | $1,700 |
| **PAYROLL** | | | | | | |
| Office Payroll | | | | NA | NA | NA |
| Maintenance Payroll | | | | NA | NA | NA |
| Bonus / Incentives | | | | NA | NA | NA |
| Payroll Taxes | | | | NA | NA | NA |
| Workman's Comp. / Benefits | | | | NA | NA | NA |
| **TOTAL PAYROLL** | | | | Yes | Note 3 | $2,500 |
| **TOTAL VARIABLE EXPENSES** | | | | NA | NA | NA |

COMBINED MONTHLY ACCOUNTING REPORT
564 UNITS BUDGET BASIS
UNITS OCCUPIED
REPORTING MONTH

| | 2008 Budget | ACTUAL | VARIANCE | MONTHLY VARIANCE Apply Variance? | Reference Note | Monthly Variance Amount |
|---|---|---|---|---|---|---|
| FIXED OPERATING EXENSES | | | | NA | NA | NA |
| UTILITIES | | | | | | |
| Electricity | | | | NA | NA | NA |
| Gas | | | | NA | NA | NA |
| Water / Sewer | | | | NA | NA | NA |
| Trash removal | | | | NA | NA | NA |
| TOTAL UTILITIES | | | | Yes | Note 3 | $3,700 |
| R E TAXES & INSURANCE | | | | | | |
| Real Estate Taxes | | | | No | Note 6 | NA |
| Tax Rendering | | | | No | Note 6 | NA |
| Insurance | | | | No | Note 6 | NA |
| Insurance- Crime Policy | | | | No | Note 6 | NA |
| TOTAL R E TAXES & INSURANCE | | | | NA | NA | NA |
| TOTAL FIXED OPERATING EXPENSES | | | | NA | NA | NA |
| TOTAL OPERATING EXPENSES | | | | Yes | Note 3 | 5.0% |
| NET OPERATING INCOME | | | | | | |
| CASH FLOW FROM OPERATIONS | | | | [redacted] | | |
| Cash on Hand @ Sterling Bank 1 | | | | | | |
| Cash on Hand @ Bank of America 2 | | | | | | |
| Cash on Hand @Washington Mutual 3 | | | | | | |
| Cash on Hand @ Comerica (DIP Accts) 4 | | | | | | |
| Cash on Hand @ Mid Continental Ins. 5 | | | | | | |
| Tax & Insurance Reserves | | | | | | |
| Capital Replacement Reserves | | | | | | |
| Insurance Proceeds-Fire Damage | | | | | | |
| CASH FLOW ACCUMULATED | | | | | | |
| Set Asides Expenses | | | | | | |
| Legg Mason Mortg Interest Pmts *(10) | | | | | | |
| Cash Balance-End of Month | | | | | | |
| ACCOUNT RECEIVABLES | | | | | | |
| Insurance Proceed | | | | | | |
| Rents Receivables | | | | | | |