Peter C. D'Apice
State Bar No. 05377783
Jacob L. Newton
State Bar No. 24046523
Briana L. Cioni
State Bar No. 24044161
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA**
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Phone: (214) 969-4900
Facsimile: (214) 969-4999

United States Courts
Southern District of Texas
FILED

NOV 1 0 2008

Michael N. Milby, Clerk

**COUNSEL FOR LMREC CDO II REO I, Inc.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| Green 126 LP, *et al.*, | § § | Case No. 08-36470 |
| Debtors | § | **(Jointly Administered)** |

### AGREED STIPULATION AND AGREED ORDER GRANTING
### LMREC CDO II REO I, INC. RELIEF FROM STAY

WHEREAS Greens 126, L.P., Oaks 198, L.P. and Trails 240, L.P. (collectively, the "Debtors"), Debtors in the above-referenced jointly-administered cases (the "Bankruptcy Cases"), have agreed to grant LMREC CDO II REO I, Inc. ("Legg Mason"), a secured creditor of the Debtors, relief from the automatic stay to allow Legg Mason to cancel the forced-placed flood insurance policies (the "Existing Forced-Placed Flood Insurance Policies") currently in place and purchased for an annual premium of $215,134.00 (the Existing Forced-Placed Flood Insurance Policies (i) are for the policy period September 12, 2008 to September 12, 2009, (ii) name Trials 240, LP, Oaks 198, LP, Green 126, LP and insureds, and (iii) consist of the following policy numbers: 6010143181, 6010143182, 6010143186, 6010143189, 6010143192,

6010143197, 6010143203, 6010143206, 6010143212, 6010143218, 6010143227, 6010143230, 6010143231, 6010143233, 6010143235, 6010143239, 6010143240, 6010143232, 6010143234, 6010143236, 6010143238, 6010143241, 6010143242, 6010143180, 6010143183, 6010143187, 6010143191, 6010143196, 6010143202, 6010143205, 6010143210, 6010143216, 6010143223, 6010143225, 6010143229) for the Debtors real property commonly referred to as 5454 West Gulf Bank, Houston, TX  77088, 5350 West Gulf Bank, Houston, TX  77088 and 5300 West Gulf Bank, Houston, TX  77088 (collectively, the "Properties") and to allow Legg Mason to purchase new, and less-expensive, forced-placed flood insurance policies (the "New Forced-Placed Flood Insurance Policies") for the Properties with an annual premium in the approximate amount of $15,478.00;

IT IS THEREFORE STIPULATED that flood insurance for the Properties is required to be maintained by Debtors pursuant to Section 1.4(d) of that certain Deed of Trust, Security Agreement and Financing Statement dated January 25, 2007;

IT IS FURTHER STIPULATED that Legg Mason should be granted relief from the automatic stay to cancel the Existing Forced-Placed Flood Insurance Policies;

IT IS FURTHER STIPULATED that Legg Mason should be granted relief from the automatic stay to purchase the New Forced-Placed Flood Insurance Policies;

**NOW, THEREFORE**, based on the forgoing, it is

**ORDERED**, that the automatic stay is lifted for the limited purpose of allowing Legg Mason to cancel the Existing Forced-Placed Flood Insurance Policies and to allow Legg Mason to purchase the New Forced-Placed Flood Insurance Policies.

AGREED:

**BRITT & CATRETT, P.C.**

By: /s/ Michael Louis Catrett
Marjorie Britt
Michael Louis Catrett
Britt & Catrett, P.C.
4615 SW Fwy, Suite 500
Houston, TX 77027
713-666-0807
713-355-8382 (fax)

COUNSEL FOR THE DEBTORS

-AND-

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,**
A Professional Corporation

By: /s/ Briana L. Cioni
Peter C. D'Apice
State Bar No. 05377783
Jacob L. Newton
State Bar No. 24046523
Briana L. Cioni
State Bar No. 24044161
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: (214) 969-4900
Fax: (214) 969-4999

COUNSEL FOR LMREC CDO II REO I, Inc.

**ORDERED THAT THE ABOVE STIPULATION IS APPROVED AND THE RELIEF REQUESTED IS GRANTED**

DATED 11-10-08

KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE