IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:  Greens 126, L.P. | § § § | No. 08-36470 |
| Jointly Administered With: | § | |
| Oaks 198, L.P. | § | No. 08-36471 |
| Trails 240, L.P. | § | No. 08-36472 |
| **DEBTOR(S)** | § § | Chapter 11 |

**CHAPTER 11 FEE APPLICATION
FOR THE PERIOD FROM OCTOBER 7, 2008 TO  DECEMBER 17, 2008**

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY (20) DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF SOUGHT.

A HEARING ON THIS MATTER HAS BEEN SCHEDULED FOR:

JANUARY 30, 2009 AT 9:30 A.M.

U.S. COURTHOUSE
515 RUSK AVENUE
COURTROOM 403, 4TH FLOOR
HOUSTON, TX 77002

COMES NOW BRITT & CATRETT, P.C., counsel for the Debtor(s) in this case, and applies for approval of professional fees and expenses in this case and for cause would show:

1.	Employment of the undersigned counsel was approved by an Order entered on October 15, 2008 which is attached to this Application as Exhibit A.

2.	Counsel seeks the approval of $19,445.00 in fees and $104.62 in expenses for the period shown above.

3.	Prior to the filing of this case on 10/7/2008, the Debtors each paid $10,000.00 directly to counsel for a total retainer of $30,000.00.  Prior to the filing of the

case, $5,106.00 of this was expended by counsel for work leading up to the filing of the case and for the three filing fees. Since the filing of the case, the Debtor has paid $0 to counsel, which amount has been held in a segregated account.

4. Counsel's hourly rate is $195.00 to $300.00 per hour for attorney's time and $55.00 to $75.00 per hour for legal assistant's time. The only set fee charge by the firm is a minimum one tenth of an hour charge for any activity.

5. No agreement or understanding exists between Applicant or any person with respect to sharing the compensation to be received by Applicant in connection with the legal services rendered to the Debtor(s) and the Estate.

6. The legal services, which have been rendered by Applicant for the Debtor(s) and on behalf of the Debtor(s) Estate over the subject period have been extensive. The legal services include generally the following major tasks:

   A. Planning strategy for Debtors: Applicant Attorney reviewed the client's financial situation in depth with the client, explaining various alternatives as well as advantages and disadvantages of each. The information was presented in such a manner as to provide the client with the clearest understanding of the law and its impacts to facilitate their decision as to the course of action.

   These cases were filed on an emergency basis, to prevent a foreclosure on the apartment complexes that are the Debtors' principal assets. There was little time to prepare schedules or even to gather information and the necessary authorizations prior to the filings. The Debtors had, prior to the bankruptcy, been very close to closing a mortgage loan that would have paid off the primary creditor, Legg Mason, but the lender could not close the loan as a result of the widespread credit freeze that began in the early fall of 2008.

   Debtors are actively seeking new permanent financing to pay off Legg Mason.

B. Negotiating with Creditors: When necessary discussions were held with creditors. The principal negotiations undertaken to date involved an agreed cash collateral arrangement and a process to administer insurance proceeds necessary to pay for damage to the complexes by Hurricane Ike.

C. Plan: The plans under consideration by these debtors involve refinancing the existing Legg Mason mortgage for a sufficient amount to pay off Legg Mason and the other creditors in full. If refinancing cannot be obtained, the Debtors will propose a plan to restructure their existing loan combined with cash payments to other creditors.

D. Claim review and objections: Based on review of creditors claims, objections have not yet been filed.

E. IRS matters: No IRS problems are known to exist.

F. Representation in Motion for Relief from stay: One motion to lift stay has been filed for the limited purpose of allowing a refund from one insurance policy to be used to pay the premium for a new policy. This motion was agreed to by the Debtors.

G. Conferences with Debtors: Numerous conferences and telephone discussions with Debtors through their representative Andrew Zel. Because of the emergency nature of the filings, complicated by the hurricane damage to some of the apartment structures, it has been necessary to spend a great deal of time counseling the Debtors about the mechanics of operating a business in Chapter 11 and the requirements of such cases in general.

7. Applicant requests reimbursement of the following expenses incurred on behalf of the Debtor(s):

**Postage:** $ 3.02
**Copies:** $ 83.60
**Parking:** $ 18.00
**Total:** $104.62

8. Applicant submits and would show that the fees and expenses applied for herein are reasonable and necessary pursuant to the guidelines established by the Fifth Circuit Court of Appeals in *In re First Colonial Corporation of America*, 544 F. 2d 1291 (5th Cir. 1977), *cert. denied*, 97 S.Ct. 1696 (1977):

9. The firm of Britt & Catrett, P.C. maintains contemporaneous time and billing records on all Chapter 11 cases. The individual time and billing records concerning the fees and expenses requested by this application are attached as Exhibit B to this application

WHEREFORE, PREMISES CONSIDERED, Applicant prays for an order allowing the total sum of $19,445.00 in fees and $104.62 in expenses, of which $19,445.00 in fees and $104.62 in expenses is to be paid from retainer funds on hand and that Applicant have such other and further relief, both general and special, at law or in equity, to which Applicant may be justly entitled.

Respectfully submitted,

By:/s/Marjorie Payne Britt
Marjorie Payne Britt
Adm. No. 3668
State Bar No. 15659700
BRITT & CATRETT, P.C.
4615 Southwest Freeway, Suite 500
Houston, TX 77027
713/666-0807
713/355-8382 facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Notice of Hearing on the Application for Allowance and Payment of Compensation and Reimbursement of Expenses was mailed by first-class mail, postage prepaid, or served by electronic means on this 17th day of December, 2008, to the following entities and those shown on the attached list:

**Debtor:**
Greens 126 LP, Trails 240, LP, and Oaks 198, LP
8045 Antoine Drive #189
Houston, TX  77088

**U.S. Trustee:**
Charles McVay
United States Trustee
Bob Casey Federal Building
515 Rusk Avenue, Suite 3401
Houston, Texas 77002

                                        /s/ Marjorie Payne Britt
                                        Marjorie Payne Britt

| | |
|---|---|
| A-1 Helium & Balloons<br>2244 1st Street<br>Rosenberg, TX 77471 | Aldine ISD<br>14909 Aldine Westfield Road<br>Houston, TX  77032-3027 |
| Apartment Data Services<br>1500 South Dairy Ashford,<br> Suite 175<br>Houston, Texas 77077 | Apple Pest Control<br><br>1422 Yale street<br>Housotn, Texas 77008 |
| AT&T<br>P. O. Box 600670<br>Jacksonville, FL  32260 | Centerpoint Energy<br>P. O. Box 2628<br>Houston, TX  77252-2628 |
| Chao, Koy<br>5300 West Gulf Bank Road #1404<br>Houston, Texas 77088 | Christine March<br>Untied States Trustee Office<br>Bob Casey Courthouse<br>515 Rusk St.<br>Houston, TX  77002 |
| City of Houston, Water Dept.<br>P.O. Box 1560<br>Houston, TX 77251 | Claudia Gomez |
| Creative Property Managment, Inc.<br>c/o Allen J. Segal<br>1200 Briarcrest, Suite 3100<br>Bryan, TX  77802 | Cyrus N. Ansari/Jared W. Hays/Jacob Newt<br>Stutzman, Bromberg,, Esserman & Plifka<br>2323 Bryan St. Suite 2200<br>Dallas, TX  75201 |
| Direct Energy<br>P.O. Box 650273<br>Dallas, TX 75265-0273 | First Advantage<br>P.O. Box 31462<br>Tampa Fla   33631-3462 |
| Harris County et al<br>c/o John P. Dillman<br>Linebarger, Goggan<br>Blair & Sampson<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | HPES<br>20202 Highway 59 North #325<br><br>Humble, Texas 77338-2402 |
| IRS- Insolvency Division<br>P. O. Box 21126<br>Philadelphia, PA  19114 | Lee, James<br>1835 Conestoga Court<br>Merced, Ca   95348 |

| | |
|---|---|
| Lee, Mae Po Sae<br>5300 West Gulf Bank Road   #606<br>Houston, Texas 77088 | Legg Mason Real Estate Capital III<br>10880 Wilshire Blvd, Suite 1750<br>Los Angeles, CA  90024 |
| Lion Distributing<br>POB 565<br>Reisterstown MD 21136-0565 | Marmill Landscaping<br>P.O. Box 771611<br>Houston, Texas 77215-1622<br>Attn. Elizabeth Hanks |
| O'Connor & associates<br>2200 North Loop<br>Houston | |
| Real Page<br>4000 International Parkway,<br>Carrollton, Texas 75007 | Rent.com<br>2425 Olympic Blvd. Suite 400E<br>Santa Monica, Ca |
| Solar Verde<br>20533 Biscayne Blvd. #765<br>Aventura, FL  33180 | |
| Thomas J. Masenga<br>Allen Matkins Leck Gamble Mallory<br>& Natsis<br>515 S. Figueroa St., 7th Floor<br>Los Angeles, CA  90071-3398 | Waste Management<br><br>PO Box 55409<br>Houston, Tx 77255-5409 |
| Wilmar Supply<br>200  East Park Dr. Suite 200<br>Mt. Laurel, NJ  08054 | |
| Ameristar Glass<br>P.O. Box 29309<br>Dallas, TX 75229 | |
| Apartment Home Living<br>9430 research Blvd.<br>Echelon Building II, Suite 100<br>Austin, Texas 78759 | |

Cyrus N. Ansari/Jared W. Hays  
Stutzman, Bromberg,,  
Esserman & Plifka  
2323 Bryan St. Suite 2200  
Dallas, TX  75201  

Data Rush Couriers  

1298 North Post Oak Rd.  
Houston, TX 77055  

For Rent . Com  
75 Remittance Drive #1711  
Chicago, Il 60675-1711  

ECG Telephone  
P.O. Box 606  
Bartlesville, OK 74005  

Houston Multi-Housing  
4810 Westway Park Blvd.  
Houston, Texas 77041  

Kroger, Myers - LLP  
3100 Weslayan, Suite 300  
Houston, TX 77027  

Legg Mason Real Estate Capital III  
10880 Wilshire Blvd, Suite 1750  
Los Angeles, CA  90024  

Message America  
P.O. Box 682812  
Houston, Texas 77268  

Monitronics  
8628 Innovation Way  
Chicago, IL 60682-0086  

Presto Supply  
580 North Shepherd  
Houston, Texas 77007  

Ambit Energy  
1801 North Lamar St., Suite 200  
Dallas, TX 75202  

Ameristar Glass  
P.O. Box 29309  
Dallas, TX 75229  

Andrew Zel  
5300 West Gulf Bank Road  
Houston, TX  77088  

AT&T  
POB 5001  
Carol Stream IL 60197-5001  

Best Plumbing  

Brilliant Promotional  
1016 Harwin Dr., Suite 125  
Houston, TX 77036  

Buena Suerte  

Captive Audience Marketing

| | |
|---|---|
| P.O. Box 740426<br>Houston, TX 77274 | 5997 Brockton Ave., Suite B<br>Riverside, CA 90256 |
| Craven Carpet<br>P.O. Box 801084<br>Houston, TX 77280 | Creative Consultants<br>P.O. Box 790867<br>San Antonio, TX 78279 |
| First Advantage<br>P.O. Box 31462<br>Tampa Fla  33631-3462 | Great American<br>P.O. Box 4422<br>Houston, TX 77210 |
| GreenSheet<br>P.O. Box 2025<br>Houston, TX 77252 | Home Depot<br>PO Box 6029<br>The Lakes, Nevada 88901-6029 |
| Houston Apartment Association | Houston Multi-Housing<br>4810 Westway Park Blvd.<br>Houston, Texas 77041 |
| ICC Paints<br>same phone # as ICI Paints | ICI Paints<br>14130 Westheimer<br>Houston, Texas 77077 |
| Job Target<br>225 State Street, Suite 300<br>New London, CT 06320 | La Subasta<br>P.O. Box  740800<br>Houston, Texas 77274-0800 |
| Lee, James<br>1835 Conestoga Court<br>Merced, Ca   95348 | Lion Distributing<br>POB 565<br>Reisterstown MD 21136-0565 |
| Lowes<br>PO Box 530954<br>Atlanta, GA 30353-0954 | Message America<br>P.O. Box 682812<br>Houston, Texas 77268 |
| Move for Free<br>8535 Wurzbach, Suite 101<br>San Antonio, TX 78240 | Office Depot<br>P O Box 9020<br>Dept. 56-4204887268 |

| | |
|---|---|
| Ricoh Customer Group<br>P. O. Box 730831<br>Dallas, TX 75373 | Royal Chemical Corporation<br>P.O. Box 1601<br>Owings Mill, Md 21117 |
| Royal Plumbing<br>6750 Long Point<br>Houston, Texas 77055 | Saelee, May Poo<br>5300 West Gulf Bank Road #606<br>Houston, Texas 77088 |
| South Cross Security<br>4008 Artdale<br>Houston, TX 77063 | Toyota Financial Services<br>P.O. Box 650686<br>Dallas, TX 75265 |