**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807     Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

Java Investment, LLC                                                                                          Invoice #21-Draft

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 1 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| 10/7/2008 | Retainer for post petition work. Deposited into savings. | $0.00 | $24,894.00 | P | ($24,894.00) |
| 12/17/2008 | Expense Posting Period: 12/17/2008 | $104.62 | $0.00 | C | ($24,789.38) |

| Date | Expense Description | Amount |
|---|---|---|
| 10/7/0208 | Copies/Oaks/Application to Employ (30 @ $0.20) | $6.00 |
| 10/7/2008 | copies/Greens/application to employ (30 @ $0.20) | $6.00 |
| 10/7/2008 | copies-Motion for Joint Administration (36 @ $0.20) | $7.20 |
| 10/7/2008 | Application to Employ/Trails (30 @ $0.20) | $6.00 |
| 10/22/2008 | copies--Motion to Extend Time (24 @ $0.20) | $4.80 |
| 11/5/2008 | copies-part of schedules/Greens (31 @ $0.20) | $6.20 |
| 11/5/2008 | copies-Business and Income Expense/Green (8 @ $0.20) | $1.60 |
| 11/5/2008 | Copies/Oaks/part of schedules (33 @ $0.20) | $6.60 |
| 11/5/2008 | schedules/Trails/partial (39 @ $0.20) | $7.80 |
| 11/7/2008 | Business Income and Expense/Oaks (8 @ $0.20) | $1.60 |
| 11/7/2008 | Business income and Expense/Trails (8 @ $0.20) | $1.60 |
| 11/9/2008 | Postage | $3.02 |
| 11/9/2008 | Copies (51 @ $0.20) | $10.20 |
| 11/9/2008 | Copies--Motion to Use Cash Collateral (90 @ $0.20) | $18.00 |
| 11/10/2008 | Parking | $3.00 |
| 11/13/2008 | Parking | $5.00 |
| 11/13/2008 | parking for 341(a) | $5.00 |
| 11/17/2008 | Parking | $5.00 |

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| 12/17/2008 | Hourly Bill Posting Period: 12/17/2008 | $19,445.00 | $0.00 | C | ($5,344.38) |

| Date | Timekeeper | Hours | Rate* | Charge* |
|---|---|---|---|---|
| 10/8/2008 | MPB | 0.70 | $300.00 | $210.00 |
| | Long conference call with Mr. Zel, Tammi, and their mortgage broker. | | | |
| 10/8/2008 | MC | 0.40 | $195.00 | N/C |
| | Phone conference with MPB and mortgage broker plus client. Started in conference | | | |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807       Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                                              **Invoice #21-Draft**

| **Client ID:** | 1368 | **Account Description:** | Chapter 11 Bankruptcy - Post-Petition | Page 2 |
|---|---|---|---|---|
| **Acct** | 2 | **Balance:** | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| | late b/c of prior client meeting. | | | | |
| 10/9/2008 | MPB | 0.30 | $300.00 | | $90.00 |
| | Revise attorney's affidavit per Christine March's email. Sent her an email asking about filing this--all three cases or in the low number one per the order for joint administration. | | | | |
| 10/9/2008 | MC | 0.20 | $195.00 | N/C | |
| | Phone call with client and MPB regarding opening of DIP account and related matters. | | | | |
| 10/9/2008 | MPB | 0.90 | $300.00 | | $270.00 |
| | Begin review of loan documents with Legg Mason. | | | | |
| 10/9/2008 | MPB | 0.20 | $300.00 | | $60.00 |
| | Finished first read of loan document. Still need to read the side docs. Emailed Andrew asking if there were any personal guaranties. | | | | |
| 10/10/2008 | MPB | 0.10 | $300.00 | | $30.00 |
| | Rev. email from Christine March and responded to same. | | | | |
| 10/10/2008 | MPB | 0.20 | $300.00 | | $60.00 |
| | Responded to several emails from Andrew Zel. | | | | |
| 10/10/2008 | MC | 0.40 | $195.00 | N/C | |
| | Meeting with MPB to develop list and other strategies re outstanding items in case. | | | | |
| 10/11/2008 | MC | 0.20 | $195.00 | | $39.00 |
| | Drafting and transmittal of resolved to do list to client. | | | | |
| 10/13/2008 | MPB | 0.30 | $300.00 | | $90.00 |
| | Finished revising attorney affidavit. Checked email and nothing from Ms. March, so filed affidavit as amended. | | | | |
| 10/14/2008 | MPB | 0.30 | $300.00 | | $90.00 |
| | Briana Cioni called. She represents Legg Mason. Legg would like to do an appraisal. Asked for prospective dates. Says she sent an email about cash collateral--looks like she got the address wrong. | | | | |
| 10/14/2008 | MPB | 0.20 | $300.00 | | $60.00 |
| | Email to Mr. Zel and forwarded Ms. Cioni's to me. Emphasized absolute need for the information we previously requested. | | | | |
| 10/14/2008 | MPB | 0.20 | $300.00 | | $60.00 |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807    Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                 **Invoice #21-Draft**

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 3 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| | Tried to call Andrew. Got voicemail and could not leave message, so sent email. | | | | |
| 10/14/2008 | MPB | 0.20 | $300.00 | | $60.00 |
| | With Andrew Zel about items we need. He will start emailing them this evening. | | | | |
| 10/14/2008 | MC | 0.20 | $195.00 | | N/C |
| | Phone call to client with MPB re need for balance of filing, discussion of information needed for cash collateral order. | | | | |
| 10/15/2008 | MC | 0.10 | $195.00 | | $19.50 |
| | Review of suit. Forwarded on to MPB. Suit is against Java not debtors so automatic stay does not apply. Drafted and sent reply email to client re same. | | | | |
| 10/15/2008 | MPB | 0.40 | $300.00 | | $120.00 |
| | With Mr. Zel about Sterling Bank sweep accounts. These apparently were not emptied by Legg Mason prior to the filing and have about 130k in them. Explained to Mr. Zel why Sterling will not let go of the funds without a court order. Also went over our urgent need for information now and my schedule and Mikes. | | | | |
| 10/15/2008 | MPB | 0.30 | $300.00 | | $90.00 |
| | Read Ms. Cionis email about the appraisal and responded to her asking for dates and with questions about her cash collateral letter. | | | | |
| 10/15/2008 | MPB | 0.60 | $300.00 | | $180.00 |
| | Began review of preliminary information from Mr. Zel. Sent email with questions and responded to his. | | | | |
| 10/21/2008 | MPB | 2.10 | $300.00 | | $630.00 |
| | Emails and phone call with Mr. Zel about absolutely critical need for information. | | | | |
| 10/22/2008 | JD | 4.00 | $55.00 | | $220.00 |
| | Began work of entering information for schedules on all three limited partnerships. | | | | |
| 10/22/2008 | MC | 0.70 | $195.00 | | $136.50 |
| | Draft and file motion to extend time to file schedules, etc. | | | | |
| 10/23/2008 | JD | 7.00 | $55.00 | | $385.00 |
| | Entered Assets from workbook into files for Greens; Trails and Oaks. | | | | |
| 10/24/2008 | MPB | 0.40 | $300.00 | | $120.00 |
| | Correspondence by email with Mr. Zel and attorneys for Legg Mason. | | | | |
| 10/24/2008 | MPB | 1.50 | $300.00 | | $450.00 |
| | Began work on three initial reports to united states trustee. | | | | |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807     Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                          **Invoice #21-Draft**

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 4 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| 10/24/2008 | MPB | 0.30 | $300.00 | | $90.00 |
| | Directions to Jim and Carol about inputting rough information for schedules. | | | | |
| 10/24/2008 | CE | 5.00 | $65.00 | | $325.00 |
| | Continued work on draft of schedules and SOFA for all three entities. | | | | |
| 10/25/2008 | MPB | 1.20 | $300.00 | | $360.00 |
| | Draft of initial reports begun. | | | | |
| 10/25/2008 | CE | 8.00 | $65.00 | | $520.00 |
| | Input of first round of information completed. Began work on to-do items. | | | | |
| 10/25/2008 | JD | 2.00 | $55.00 | | $110.00 |
| | Emails, phone calls and messages to gather needed and missing information for schedules. | | | | |
| 10/27/2008 | MC | 0.40 | $195.00 | | N/C |
| | Meeting with MPB regarding cash collateral motion and various items as to whether cash collateral or not. | | | | |
| 10/27/2008 | MC | 0.30 | $195.00 | | $58.50 |
| | Meeting with client discussing various outstanding items in SOFA. | | | | |
| 10/27/2008 | MPB | 0.90 | $300.00 | | $270.00 |
| | Continued work on resolution of information for completion of SOFA for three entities. | | | | |
| 10/27/2008 | MPB | 2.10 | $300.00 | | $630.00 |
| | Worked on schedules and Initial report | | | | |
| 10/27/2008 | MPB | 1.50 | $300.00 | | $450.00 |
| | Conf with Mr. Zel to review draft initial report forms and correct same. | | | | |
| 10/27/2008 | MPB | 1.20 | $300.00 | | $360.00 |
| | Long call with Dallas attorneys for Legg Mason. | | | | |
| 10/27/2008 | MC | 1.30 | $195.00 | | N/C |
| | Conference call with MPB and attorneys for Legg Mason discussing terms of cash collateral order, insurance, etc. | | | | |
| 10/28/2008 | MC | 1.10 | $195.00 | | $214.50 |
| | Work on initial reports for meeting. | | | | |
| 10/28/2008 | MPB | 1.30 | $300.00 | | $390.00 |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807     Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                        **Invoice #21-Draft**

| **Client ID:** | 1368 | **Account Description:** | Chapter 11 Bankruptcy - Post-Petition | Page 5 |
|---|---|---|---|---|
| **Acct** | 2 | **Balance:** | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|

Finish prep for initial debtor conference.  Review documents with Mr. Zel.

10/28/2008     MPB                    1.70     $300.00     $510.00
Initial debtor conference on all three cases.  Barbara Griffin conducted the meeting. Resulting list of followup items, but cash collateral and schedules are our biggest items.

10/28/2008     MC                     2.80     $195.00     $546.00
Work on schedules,etc.; transmittal of drafts to client for review;  preparation and transfer of August rent rolls to attorney for Legg Mason.

10/29/2008     MC                     2.80     $195.00     $546.00
Drafting of agreed motion and agreed order for use of cash collateral, plus some review of original security instruments for aid in drafting.

10/29/2008     MC                     0.80     $195.00     $156.00
Final revisions to motion and order for cash collateral and draft sent to LM attorneys for review.  Exhibits remain.

10/30/2008     MC                     1.80     $195.00     $351.00
Continued work on exhibits to cash collateral order;  revisions to cash collateral order to incorporate and make consistent with exhibits.

10/30/2008     MC                     0.60     $195.00     $117.00
Continued work on final revisions to cash collateral order etc., and transmittal to BC representing Legg Mason.

10/31/2008     MC                     0.20     $195.00     $39.00
Review of agreed order to lift stay and stipulations.  Made comments and forwarded to MPB for further review.

11/3/2008      MPB                    0.10     $300.00     $30.00
From client.  He will look over the schedules and get back with changes and sign before the 4th.  Emphasized need for accuracy and that his signature was under penalty of perjury.  Asked him to tell Mervyn Phalen that his attachment had not come through with the budget for the new loan.

11/3/2008      MPB                    0.10     $300.00     $30.00
Email and phone call from and to Mr. Phelan about the attachments he sent me that did not come through.  We have them now from his second attempt.

11/3/2008      MPB                    0.20     $300.00     $60.00
Email to Briana in Dallas about need to include loan expenses in cash collateral and

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807    Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                                    **Invoice #21-Draft**

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 6 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| | inquiring about status of deal with Legg Mason. | | | | |
| 11/3/2008 | MPB | 0.10 | $300.00 | | $30.00 |
| | Called Briana Cioni back. Left message. | | | | |
| 11/3/2008 | MPB | 0.10 | $300.00 | | $30.00 |
| | Read Mr. Zel's forwarded question about dun from Legg Mason demanding financial statements and other information and levying a $200/day late fee since September!!. Wrote him back asking for a clean copy of the email demand and telling him I don't think he needs to comply as request is a violation of the bankruptcy stay. | | | | |
| 11/4/2008 | MPB | 0.30 | $300.00 | | $90.00 |
| | Read email from client; responded to same with question about which insurance he was referring to. | | | | |
| 11/4/2008 | MPB | 0.20 | $300.00 | | $60.00 |
| | Went over fax from property management company and called Ms. Cioni, Legg's lead attorney. Left long message regarding the problem and requesting a call back asap. | | | | |
| 11/4/2008 | MPB | 0.40 | $300.00 | | $120.00 |
| | Phone call with Ms. Cioni. Legg will pay insurance but only if they get the unearned premiums directly from old insurance company. Emailed client to get permission, but doesn't seem a big deal as we had previously agreed to turn over these funds anyway. | | | | |
| 11/4/2008 | MPB | 0.10 | $300.00 | | $30.00 |
| | Reminder email to Andrew about schedules and todays deadline. | | | | |
| 11/4/2008 | MC | 0.30 | $195.00 | | $58.50 |
| | Drafting and filing motion to extend time. | | | | |
| 11/5/2008 | MC | 4.30 | $195.00 | | $838.50 |
| | Work on review of docs in preparation for phone conference with attorney's for Legg Mason; conference meeting with MPB in preparation; phone conference with LM attorneys (approx. 2 hours). | | | | |
| 11/5/2008 | MC | 0.50 | $195.00 | | $97.50 |
| | Amendments to draft order for cash collateral. | | | | |
| 11/5/2008 | MPB | 2.00 | $300.00 | | $600.00 |
| | Conference call with Legg Mason representative; Ms. Cioni, Mr. Zel , Mike and myself to negotiate cash collateral questions. Agreement in principle reached and | | | | |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807     Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                                         **Invoice #21-Draft**

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 7 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| | drafts of motion and order to be exchanged. | | | | |
| 11/6/2008 | MC | 1.10 | $195.00 | | $214.50 |
| | Revisions to cash collateral order and Exhibits. Transmittal to BC of Legg Mason by email for review. | | | | |
| 11/6/2008 | MC | 3.30 | $195.00 | | $643.50 |
| | Conference call regarding refinancing.  Work on cash collateral order in regards to pre-petition amounts that must be paid;  several phone conversations with MPB regarding issues from this morning on insurance;  phone calls with client;  exchanges of email with LM attorneys further regarding this morning's issues;  revisions to create pre-petition proposals for cash collateral payments. | | | | |
| 11/7/2008 | MC | 0.40 | $195.00 | | $78.00 |
| | Conversation with David Kapiloff 713-541-7272 of insurance group.  Discussed current insurance situation, options, etc.   Emailed letter to client re insurance and CPM relationship.  Repsonsive emails to BC of LM re schedules, adminstrative vs substantive consolidation, and potential claim.  Responsive email to client re pre-petition working amounts. | | | | |
| 11/7/2008 | MC | 0.20 | $195.00 | | $39.00 |
| | Fairly long responsive email to BC of LM regarding status of CC order, schedules, budget, other related items. | | | | |
| 11/7/2008 | MC | 0.50 | $195.00 | | $97.50 |
| | Office meeting with MPB on final revisions to CC order;  conference call with BC of LM along with MPB to discuss questions on revisions. | | | | |
| 11/8/2008 | MC | 0.50 | $195.00 | | $97.50 |
| | Preparation of filing drafts of CC order and transmittal to BC of LM for signature. | | | | |
| 11/9/2008 | MC | 0.90 | $195.00 | | $175.50 |
| | Review of electrical invoices re pre and post-petition debts;  misc. email communications with client re cash collateral order, creditor's meeting, insurance;  review of other creditors' invoices;  completion, and filing of cash collateral order, motion, etc. | | | | |
| 11/10/2008 | MC | 0.80 | $195.00 | | $156.00 |
| | Downloading and reviewing insurance documents, etc. provided by client. | | | | |
| 11/11/2008 | MC | 0.80 | $195.00 | | $156.00 |
| | Work on cash collateral motion for refi. | | | | |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807    Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                 **Invoice #21-Draft**

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 8 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| 11/11/2008 | MC<br>Office visit with client and MPB.  Notes in MPB billing. | 1.50 | $195.00 | N/C | |
| 11/11/2008 | MPB<br>With Andrew Zel to review cash collateral procedures; items needed from initial conference; the 341 meeting Thursday; MOR procedures; other misc. housekeeping items.  He will get us the copier lease, etc. | 1.20 | $300.00 | | $360.00 |
| 11/11/2008 | MC<br>Several responsive emails to client detailing need to begin payments to LM on time at the beginning of December. | 0.10 | $195.00 | | $19.50 |
| 11/11/2008 | MC<br>Review of Title Committment Policy (re laundrymat exceptions) and RealPage proposed contract. | 1.10 | $195.00 | | $214.50 |
| 11/11/2008 | JD<br>Preparation of documents for 341. | 0.50 | $55.00 | | $27.50 |
| 11/12/2008 | MC<br>Completion of agreed order and motion for use of cash collateral for refinancing. Transmission by email to BC of LM. | 0.50 | $195.00 | | $97.50 |
| 11/12/2008 | MC<br>Drafting and transmittal of comments on Title Insurance committment letter and on RealPage contract to AZ. | 0.50 | $195.00 | | $97.50 |
| 11/12/2008 | MC<br>Miscellaneous communications with client and BC of LM as well as potential mortgage broker.  Meeting with MPB on same and phone discussion with client and MPB re same. | 0.20 | $195.00 | N/C | |
| 11/12/2008 | MPB<br>Several phone calls with Mr. Zel about MORs and need for more information on the mortgage broker's compensation scheme.  Mr. Zel will contact Mr. Phelen about a pure commission arrangement, not the 5k per month he's been talking about up to now. | 0.20 | $300.00 | | $60.00 |
| 11/13/2008 | MC<br>Preparation for meeting of creditors. | 0.30 | $195.00 | | $58.50 |
| 11/13/2008 | MC<br>Attendance at meeting of creditors with MPB. | 1.50 | $195.00 | N/C | |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807     Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                    **Invoice #21-Draft**

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 9 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| 11/13/2008 | MC<br>Misc. court record searches on behalf of the Debtors. | 0.10 | $195.00 | | $19.50 |
| 11/13/2008 | MPB<br>Conf. with Mr. Zel prior to hearing and 341(a) hearing on all three jointly administered cases. | 1.80 | $300.00 | | $540.00 |
| 11/13/2008 | MC<br>Phone call to BC of LM with MPB regarding leases and assumption thereof. Discussion re LM's ownership of leases and license agreement. Decided to file motion with agreed order and stipulation. | 0.10 | $195.00 | N/C | |
| 11/14/2008 | MC<br>Responsive emails etc to client questions on miscellaneous topics ranging from insurance to appraisals. | 0.30 | $195.00 | | $58.50 |
| 11/14/2008 | MPB<br>Worker's compensation insurance certificate emailed to Christine March. Email to Mr. Zel to remind him he has to get the UST shown as a party for notice on this and all the other policies by the 23rd. | 0.10 | $300.00 | | $30.00 |
| 11/15/2008 | MC<br>Responsive and explanatory emails to client regarding his questions on various items. Emphasized in responses that court approval is required for new contracts and leases and that time to assume contracts and leases is quickly running out. | 0.30 | $195.00 | | $58.50 |
| 11/17/2008 | MC<br>Preparation for status conference | 0.80 | $195.00 | | $156.00 |
| 11/17/2008 | MC<br>Attendance at Status conference and meeting with client afterwards re employment of professionals, refinancing, insurance, and general business | 1.00 | $195.00 | | $195.00 |
| 11/20/2008 | MC<br>Drafting and transmittal by email and by regular mail, detailed letter regarding scheduling order in case. | 0.50 | $195.00 | | $97.50 |
| 11/21/2008 | MC<br>Legal research into assumption of apartment leases. Made preliminary conclusions and emailed Briana to see if she concurs. | 0.40 | $195.00 | | $78.00 |
| 11/21/2008 | MPB<br>Phone call with Mr. Lamarche of Creative Property Management. Will certainly send | 0.20 | $300.00 | | $60.00 |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807     Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                    **Invoice #21-Draft**

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 10 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| | the $$ to the DIP accounts--just needs wiring instructions. dick@cpmcompany.com is his email. | | | | |
| 11/24/2008 | MC | 0.60 | $195.00 | | $117.00 |
| | Review and drafting of status letter to UST regarding status conference hearing to do items. | | | | |
| 11/25/2008 | MC | 0.30 | $195.00 | | $58.50 |
| | Conversation with Anna Pecora of ICI Paints 440-297-5739, advising them of bankruptcy after letter received from Bach. Drafted and faxed letter with appropriate information regarding bankruptcy and filing of proofs of claim. | | | | |
| 11/25/2008 | MC | 0.20 | $195.00 | | $39.00 |
| | Miscellaneous discussions via electronic means with MPB regarding case. Detailed email to AZ for MS to file a POC for her back wages because of her status as an insider. | | | | |
| 11/26/2008 | MC | 0.20 | $195.00 | | $39.00 |
| | Extended phone conversation with Dick LaMarche of CPM. Post-petition invoices not paid. Other matters discussed. | | | | |
| 11/26/2008 | MC | 0.20 | $195.00 | | $39.00 |
| | Research and response to long series of email requests. | | | | |
| 11/26/2008 | MC | 1.10 | $195.00 | | $214.50 |
| | Review of information to date, detailed phone call with MPB regarding situation, drafting and revisions of client letter, transmittal of same by email and by regular mail. | | | | |
| 11/30/2008 | MC | 0.10 | $195.00 | | $19.50 |
| | Review of AT&T information. Email to client that he needed to pay because of cash collateral order and also that MOR was now 10 days past due and was in violation of Judge's scheduling order and the agreed order on cash collateral. | | | | |
| 12/1/2008 | MC | 0.30 | $195.00 | | $58.50 |
| | Drafting and transmittal of current status of items outstanding from Status Conference. | | | | |
| 12/3/2008 | MC | 0.30 | $195.00 | | $58.50 |
| | Meeting with MPB prior to filing to review case and discuss pending issues. | | | | |
| 12/3/2008 | MC | 2.00 | $195.00 | | N/C |
| | Meeting with MPB with clients to review various items on bankruptcy filing. | | | | |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807     Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                                          **Invoice #21-Draft**

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 11 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | | Credits Type* | Balance |
|---|---|---|---|---|---|
| 12/3/2008 | MPB | 2.30 | $300.00 | | $690.00 |
| | Meeting with Mike and, later, with clients to go over list of action items and communication with Legg Mason regarding insurance damage. Again discussed process for contracts while in bankruptcy and subject to the cash collateral order, need for accountant, various action items regarding proof of insurance and listing the UST as party for notice. | | | | |
| 12/4/2008 | MC | 0.20 | $195.00 | | $39.00 |
| | Various email communications. Drafting and transmittal of fax letter to Kapiloff Insurance requesting insurance breakdown of damages, both fire and hurricane. | | | | |
| 12/4/2008 | MC | 0.10 | $195.00 | | $19.50 |
| | Transmittal of status information to UST. | | | | |
| 12/4/2008 | MC | 0.30 | $195.00 | | $58.50 |
| | Long phone call between Andrew, Craig of Solar Verde and myself. Emphasized that problem in getting payment was the prior submission by Andrew. SV could not do documentation of actual time and materials. Wanted to talk to LM, and said no, and that I represented the debtors, not SV. | | | | |
| 12/4/2008 | MC | 0.20 | $195.00 | | N/C |
| | Joint phone call with MPB to Mike Jayson re employment. | | | | |
| 12/5/2008 | MC | 0.40 | $195.00 | | $78.00 |
| | Miscellaneous work associated with review of contracts, leases, etc. | | | | |
| 12/6/2008 | MC | 0.30 | $195.00 | | $58.50 |
| | Review and responding to significant number of emails from client and/or LM on topics ranging from insurance settlements, tarping, ongoing business, duties during the bankruptcy, etc. | | | | |
| 12/6/2008 | MC | 0.30 | $195.00 | | $58.50 |
| | Short review of insurance estimates and other repair paperwork provided by client. Emailed client back with comments. | | | | |
| 12/7/2008 | MC | 1.70 | $195.00 | | $331.50 |
| | Revisions to schedules as required; drafting of affidavit of disinterest for Jayson and Hispanic Housing. Transmittal to Jayson, and HH to AZ as draft with explantory email cover and copies of creditor schedules for HH's conflict checking. Requested HH resume for motion. | | | | |
| 12/8/2008 | MPB | 1.10 | $300.00 | | $330.00 |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807     Fax: (713) 355-8382

**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                 **Invoice #21-Draft**

| Client ID: | 1368 | Account Description: | Chapter 11 Bankruptcy - Post-Petition | Page 12 |
|---|---|---|---|---|
| Acct | 2 | Balance: | ($5,344.38) | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | | Credits Type* | Balance |
|---|---|---|---|---|---|
| | Followup conference with Mae and Mr. Zel.  He has had a long meeting with Mike Jayson and enthusiastically wants to hire him as believes Mr. Jayson will be of material assistance in the accounting and operations of the business.  Went over list of actions items again.  Good progress at this meeting. | | | | |
| 12/8/2008 | MC | 0.70 | $195.00 | | N/C |
| | Office meeting with clients and MPB. | | | | |
| 12/8/2008 | MPB | 0.20 | $300.00 | | $60.00 |
| | With Mike Jayson about accounting. | | | | |
| 12/9/2008 | MC | 0.20 | $195.00 | | $39.00 |
| | Discussion w/ BC of LM regarding SV claims and how to resolve them. | | | | |
| 12/11/2008 | MC | 0.10 | $195.00 | | $19.50 |
| | Miscellaneous activity associated with payment of Solar Verde invoice. | | | | |
| 12/12/2008 | MPB | 0.60 | $300.00 | | $180.00 |
| | Reviewed draft Solar Verde roofing contract provided by Mr. Zel and discussed same with Mike.  We have a number of questions and will need to discuss them with Mr. Zel. | | | | |
| 12/12/2008 | MPB | 1.30 | $300.00 | | $390.00 |
| | Conference with Mr. Zel, Mai, and Mike.  Went over draft contract for roofing with Solar Verde.  It is insufficient and needs a lot of work--chiefly so that the amount of the contract is the amount that SV is actually expecting to be paid.  Reviewed our list of action items and again discussed need to develop a good relationship with Legg Mason. | | | | |
| 12/16/2008 | MC | 0.40 | $195.00 | | $78.00 |
| | Review of insurance certificates;  preparation and transfer of status package to UST. | | | | |
| 12/16/2008 | MPB | 1.50 | $300.00 | | $450.00 |
| | Began work on first fee application. | | | | |
| 12/16/2008 | MC | 0.30 | $195.00 | | $58.50 |
| | Review of financial operating report for October.  Transmittal of required form back to HM of J&F. | | | | |
| 12/17/2008 | MPB | 1.30 | $300.00 | | $390.00 |
| | Finished work on fee application. | | | | |
| | **Total Hours:** | **108.60** | | | |

**Marjorie Payne Britt, P.C.**
4615 Southwest Freeway
Ste. 500
Houston, TX 77027

Phone: (713) 666-0807     Fax: (713) 355-8382
**S T A T E M E N T**
December 17, 2008

**Java Investment, LLC**                                                                            **Invoice #21-Draft**

| **Client ID:** | 1368 | **Account Description:** | Chapter 11 Bankruptcy - Post-Petition | **Page 13** |
|---|---|---|---|---|
| **Acct** | 2 | **Balance:** | **($5,344.38)** | |

Statement Period: All Dates

**TRANSACTION SUMMARY (CONTINUED)**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|

*C = Charge, P or X = Payment, A or W = Adjustment, B = Balances Forwarded, Y = Transfer to Trust Account, N/C = No Charge

|  |  |
|---|---|
| **Balance:** | **($5,344.38)** |

**Comments:**