IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Greens 126, L.P. and | § | No. 08-36470 |
| Oaks 198, L.P. and | § | No. 08-36471 |
| Trails 240, L.P. | § § | No. 08-36472 |
| DEBTOR(S) | § | Chapter 11 |

## Application of Debtor for Authority to Employ Professional

COME NOW, Greens 126, L.P., Oaks 198, L.P., and Trails 240 L.P., Debtors herein, and respectfully requests the following:

1.  Debtors filed a petition for relief under Chapter 11 of the Bankruptcy Code on October 7, 2008, and are operating their respective businesses of managing and leasing apartments.

2.  In the ordinary course of operation and management of their businesses, Debtors require the assistance of a qualified CPA well versed in business operations as well as in the requirements of the bankruptcy court.  Additional services are needed to timely prepare monthly operating reports as well as the status operating reports for the primary secured creditor, Legg Mason.  Debtors also envision the need for same CPA to provide expert testimony as to the current state of the business as well as historical business perspectives as might be required in court review and approval of the anticipated refinancing as a part of their plan for reorganization.

3.  For the reasons stated above, Debtors are of the view that it is necessary for them to be authorized to retain the necessary professional services.  Debtors have sought the services of Michael P. Jayson CPA, and would suggest to this Court that Michael P.

Jayson and the firm of Jayson & Frisby, be authorized to provide ongoing accounting services as needed as well as special services when required.  Debtors feel Michael P. Jayson and the firm of Jayson & Frisby are well qualified in the matters at hand and the resume of Michael P. Jayson is attached as <u>Exhibit A</u>.

4. To the best of the Debtors' knowledge and belief, Michael P. Jayson and the firm of Jayson & Frisby are disinterested and do not hold or represent any interest adverse to the Debtors' bankruptcy estates, either individually or collectively.  Moreover, Michael P. Jayson and Jayson & Frisby have no connections with the Debtors, creditors or any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee other than as disclosed by Michael P. Jayson and Jayson & Frisby in the Verified Statement (<u>Exhibit B</u>) under Bankruptcy Rule 2014.

5. Retention and employment of Michael P. Jayson and Jayson & Frisby would be to the material benefit of the Debtors and would aid in the orderly progression of the bankruptcy case, providing higher level accounting services as required, assistance in tax related matters as well as various analyses required for various operating reports, and provide assistance in aiding Debtors in setting up improved accounting systems.

6. The fees which would be charged to Debtors would be the normal and ordinary fees charged by Michael P. Jayson and Jayson & Frisbee on a general retainer basis with respect to other similar matters.  Michael P. Jayson and Jayson & Frisbee have been selected by Debtors because of their expertise in accounting matters and familiarity with the bankruptcy courts.

7. To date, Michael P. Jayson and Jayson & Frisby have received a retainer of $7,500.00 post-petition in anticipation of the Court's approval of this Application to Employ.

8.	Any post-petition reasonable fees and expenses incurred by Michael P. Jayson and Jayson & Frisby as CPA for the Debtors will be paid directly from funds on hand as services are provided, upon submission of an appropriately detailed invoice from Michael P. Jayson and Jayson & Frisby to Debtors, and upon approval of such invoices by Debtors' secured creditor Legg Mason.  Michael P. Jayson and Jayson & Frisby understand that the funds to be used by Debtors to pay for their services are subject to the cash collateral order of this Court.

WHEREFORE, PREMISES CONSIDERED, Greens 126, L.P., Oaks 198, L.P., and Trails 240 L.P., Debtors herein, request this Court to authorize the employment of Michael P. Jayson and the firm of Jayson & Frisby on a general-retainer basis, for those accounting and related matters as Debtors deem fit and necessary for the continued operation of the ongoing business

.

Respectfully submitted this the 22nd day of December, 2008

/s/ Andrew Zel  
Andrew Zel, Project Manager

/s/Michael Louis Catrett  
Michael Louis Catrett  
SBN 24049057  
ADM 589119  
Britt & Catrett, P.C.  
4615 S.W. Fwy., Suite 500  
Houston, TX  77027  
(713) 666-0807  
(713) 355-8382 facsimile

## Certificate of Service

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument has been duly served upon the entities listed below by First Class Mail, Postage Pre-paid or by electronic means on this the 22nd day of December, 2008.

**U.S. Trustee:**
    Christine March
    United States Trustee
    Bob Casey Federal Building
    515 Rusk Avenue, Suite 3401
    Houston, Texas 77002

| | |
|---|---|
| A-1 Helium & Balloons<br>2244 1st Street<br>Rosenberg, TX 77471 | Aldine ISD<br>14909 Aldine Westfield Road<br>Houston, TX  77032-3027 |
| Apartment Data Services<br>1500 South Dairy Ashford,<br> Suite 175<br>Houston, Texas 77077 | Apple Pest Control<br><br>1422 Yale street<br>Housotn, Texas 77008 |
| AT&T<br>P. O. Box 600670<br>Jacksonville, FL  32260 | Centerpoint Energy<br>P. O. Box 2628<br>Houston, TX  77252-2628 |
| Chao, Koy<br>5300 West Gulf Bank Road #1404<br>Houston, Texas 77088 | Christine March<br>Untied States Trustee Office<br>Bob Casey Courthouse<br>515 Rusk St.<br>Houston, TX  77002 |
| City of Houston, Water Dept.<br>P.O. Box 1560<br>Houston, TX 77251 | Claudia Gomez |
| Creative Property Managment, Inc.<br>c/o Allen J. Segal<br>1200 Briarcrest, Suite 3100<br>Bryan, TX  77802 | Cyrus N. Ansari/Jared W. Hays/Jacob Newt<br>Stutzman, Bromberg,, Esserman & Plifka<br>2323 Bryan St. Suite 2200<br>Dallas, TX  75201 |
| Direct Energy<br>P.O. Box 650273<br>Dallas, TX 75265-0273 | First Advantage<br>P.O. Box 31462<br>Tampa Fla   33631-3462 |
| Harris County et al<br>c/o John P. Dillman<br>Linebarger, Goggan<br>Blair & Sampson | HPES<br>20202 Highway 59 North #325<br><br>Humble, Texas 77338-2402 |

P.O. Box 3064
Houston, Texas 77253-3064

IRS- Insolvency Division
P. O. Box 21126
Philadelphia, PA  19114

Lee, James
1835 Conestoga Court
Merced, Ca   95348

Lee, Mae Po Sae
5300 West Gulf Bank Road   #606
Houston, Texas 77088

Legg Mason Real Estate Capital III
10880 Wilshire Blvd, Suite 1750
Los Angeles, CA  90024

Lion Distributing
POB 565
Reisterstown MD 21136-0565

Marmill Landscaping
P.O. Box 771611
Houston, Texas 77215-1622
Attn. Elizabeth Hanks

O'Connor & associates
2200 North Loop
Houston

Real Page
4000 International Parkway,
Carrollton, Texas 75007

Rent.com
2425 Olympic Blvd. Suite 400E
Santa Monica, Ca

Solar Verde
20533 Biscayne Blvd. #765
Aventura, FL  33180

Thomas J. Masenga
Allen Matkins Leck Gamble
Mallory
& Natsis
515 S. Figueroa St., 7th Floor
Los Angeles, CA  90071-3398

Waste Management

PO Box 55409
Houston, Tx 77255-5409

Wilmar Supply
200  East Park Dr. Suite 200
Mt. Laurel, NJ  08054

Ameristar Glass
P.O. Box 29309
Dallas, TX 75229

Apartment Home Living
9430 research Blvd.
Echelon Building II, Suite 100
Austin, Texas 78759

Cyrus N. Ansari/Jared W. Hays
Stutzman, Bromberg,,
Esserman & Plifka
2323 Bryan St. Suite 2200
Dallas, TX 75201

Data Rush Couriers

1298 North Post Oak Rd.
Houston, TX 77055

For Rent . Com
75 Remittance Drive #1711
Chicago, Il 60675-1711

ECG Telephone
P.O. Box 606
Bartlesville, OK 74005

Houston Multi-Housing
4810 Westway Park Blvd.
Houston, Texas 77041

Kroger, Myers - LLP
3100 Weslayan, Suite 300
Houston, TX 77027

Legg Mason Real Estate Capital III
10880 Wilshire Blvd, Suite 1750
Los Angeles, CA 90024

Message America
P.O. Box 682812
Houston, Texas 77268

Monitronics
8628 Innovation Way
Chicago, IL 60682-0086

Presto Supply
580 North Shepherd
Houston, Texas 77007

Ambit Energy
1801 North Lamar St., Suite 200
Dallas, TX 75202

Ameristar Glass
P.O. Box 29309
Dallas, TX 75229

Andrew Zel
5300 West Gulf Bank Road
Houston, TX 77088

AT&T
POB 5001
Carol Stream IL 60197-5001

Best Plumbing

Brilliant Promotional
1016 Harwin Dr., Suite 125
Houston, TX 77036

| | |
|---|---|
| Buena Suerte<br>P.O. Box 740426<br>Houston,TX 77274 | Captive Audience Marketing<br>5997 Brockton Ave., Suite B<br>Riverside, CA 90256 |
| Craven Carpet<br>P.O. Box 801084<br>Houston, TX 77280 | Creative Consultants<br>P.O. Box 790867<br>San Antonio, TX 78279 |
| First Advantage<br>P.O. Box 31462<br>Tampa Fla   33631-3462 | Great American<br>P.O. Box 4422<br>Houston, TX 77210 |
| GreenSheet<br>P.O. Box 2025<br>Houston, TX 77252 | Home Depot<br>PO Box 6029<br>The Lakes, Nevada 88901-6029 |
| Houston Apartment Association | Houston Multi-Housing<br>4810 Westway Park Blvd.<br>Houston, Texas 77041 |
| ICC Paints<br>same phone # as ICI Paints | ICI Paints<br>14130 Westheimer<br>Houston, Texas 77077 |
| Job Target<br>225 State Street, Suite 300<br>New London, CT 06320 | La Subasta<br>P.O. Box  740800<br>Houston, Texas 77274-0800 |
| Lee, James<br>1835 Conestoga Court<br>Merced, Ca   95348 | Lion Distributing<br>POB 565<br>Reisterstown MD 21136-0565 |
| Lowes<br>PO Box 530954<br>Atlanta, GA 30353-0954 | Message America<br>P.O. Box 682812<br>Houston, Texas 77268 |
| Move for Free<br>8535 Wurzbach, Suite 101<br>San Antonio, TX 78240 | Office Depot<br>P O Box 9020<br>Dept. 56-4204887268 |

| | |
|---|---|
| Ricoh Customer Group<br>P. O. Box 730831<br>Dallas, TX  75373 | Royal Chemical Corporation<br>P.O. Box 1601<br>Owings Mill, Md 21117 |
| Royal Plumbing<br>6750 Long Point<br>Houston, Texas 77055 | Saelee, May Poo<br>5300 West Gulf Bank Road #606<br>Houston, Texas 77088 |
| South Cross Security<br>4008 Artdale<br>Houston, TX 77063 | Toyota Financial Services<br>P.O. Box 650686<br>Dallas, TX 75265 |

/s/Michael Louis Catrett