IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Green 126 LP, *et al.*, | § | Case No. 08-36470 |
| | § | |
| Debtors | § | **(Jointly Administered)** |
| | § | |
| | § | Hearing: February 11, 2009 |
| | § | 10:00am |

### DECLARATION OF BRIANA L. CIONI IN SUPPORT OF MOTION FOR RELIEF FROM STAY

I, Briana L. Cioni, declare:

1. The matters stated herein are true and correct and are within my personal knowledge and, if called to testify as a witness, I could and would testify competently thereto.

2. This declaration is made in support of LMREC CDO II REO I, Inc.'s ("LMREC") Motion for Relief from Stay.

3. I am an associate in the law firm of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation ("SBEP").  SBEP represents LMREC in the above captioned bankruptcy case.

4. In the course of our representation I attended, via telephone, the 341 Creditors Meeting (the "341 Meeting") held in the above referenced bankruptcy cases on November 13, 2008.  Attached hereto as **Exhibit 1** is an excerpt of the 341 Meeting that was transcribed by my secretary, to the best of her ability, for the Court's convenience.

2

5.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2009, in Dallas, Texas.

<u>/s/ Briana L. Cioni</u><br>
Briana L. Cioni