## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Green 126 LP, *et al.*, | § | Case No. 08-36470 |
| | § | |
| Debtors | § | **(Jointly Administered)** |
| | § | |
| | § | Hearing: February 11, 2009 |
| | § | 10:00am |

## DECLARATION OF BRAD KANGIESER IN SUPPORT OF
## MOTION FOR RELIEF FROM STAY

I, Brad Kangieser, declare:

1. I am an adult person over twenty-one (21) years of age.

2. The matters stated herein are true and correct and are within my personal knowledge and, if called to testify as a witness, I could and would testify competently thereto.

3. This declaration is made in support of LMREC CDO II REO I, Inc.'s ("LMREC") Motion for Relief from Stay.

4. I am President of Greenbriar Appraisal Company ("Greenbriar") in Houston, Texas. I am authorized to make this Declaration on behalf of Greenbriar.

5. Greenbriar was retained by the law firm of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation and counsel to LMREC, to conduct an appraisal of the properties located at 5454 West Gulf Bank, Houston, Texas, 77088, 5350 West Gulf Bank, Houston, TX 77088 and 5300 Gulf Bank, Houston, Texas 77088 (the "Property").

6. Paul List and Brad Kangieser are the representatives of Greenbriar that were primarily responsible for the preparation of the appraisals, and the final reports related thereto,

- 2 -

conducted on the Property. True and correct copies of the final appraisal reports prepared by Greenbriar are attached hereto as Exhibits 1-3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3RD, 2009, in Houston, Texas.

_____
Brad Kangieser