IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
Greens 126 LP, et al § No. 08-36470
§ Chapter 11
§
DEBTOR(S) §

**DEBTOR'S MOTION TO EXTEND THE 120 DAY EXCLUSIVE PERIOD FOR DEBTOR TO FILE A PLAN OF REORGANIZATION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Greens 126 LP, Debtor(s) in the above styled and numbered bankruptcy proceeding and files this Motion to Extend the 120 Day Exclusive Period for Debtors to File a Plan of Reorganization and in support thereof would show unto this Court the following:

1. Debtor filed the instant bankruptcy proceeding in October of 2008 on an emergency basis. Debtors' apartment rental properties had been scheduled for foreclosure by the secured creditor on the properties and efforts at negotiation had failed. The properties had sustained significant damage in Hurricane Ike and a number of rental units became unusable. Debtors had insurance for property and windstorm damage as well as for lost rental income.

2. Since the filing of this case, Debtors have pursued the payment of their insurance claims in order to effect the repairs necessary to return the property to full profitability. Approximately $300,000.00 was obtained for emergency repairs. Debtors' stabilized the properties for about half that amount and the balance, together with $180,000.00 in other insurance proceeds is currently held by the secured lender, Legg Mason. The larger physical damage insurance claim, for

about $1,600,000.00 has proven more difficult to collect, but Debtors have been informed that approximately $650,000.00 of the money is en route.

3. The delay in obtaining this money has prevented the Debtors from beginning substantial repairs to the properties. These repairs need to have progressed sufficiently to allow Debtors to forecast future cash flow at the time when Debtors file a Plan and Disclosure Statement. The repairs delay has adversely impacted Debtors' accupancy and the Debtors potential cash generation.

4. Debtors believe that an additional 60 days are required to substantially complete roof repairs. An additional 60 days will be necessary to begin the leasing process and prepare a reliable projection of future cash flow. Debtors would urge the Court that this delay in receipt of repair funds constitutes sufficient and good cause to extend the period within which Debtors have the exclusive right to file a Plan. Debtors have not previously requested an extension of the exclusivity period.

5. Section 1121(d) provides that on request of a part in interest made within the 120 day period, and after notice and a hearing, the Court may increase the 120 day period. The Debtors' current deadline to file a Plan is February 11, 2009. Debtors believe that such an extension is in the best interest of the creditors and the estates in these cases.

WHEREFORE, PREMISES CONSIDERED, Greens 126 LP Debtor(s), prays that upon final hearing of the instant Motion, the Court enter an Order extending the exclusive period for Debtors to file a plan of reorganization and seek approval of a plan for an additional 120 days, and that the Debtors have such other and further relief, both at law and in equity, to which she may show themselves justly

entitled.

                                                 Respectfully submitted,

                                       /s/Marjorie Payne Britt
                                      Marjorie Payne Britt
                                        4615 S.W. Fwy., Suite 500
                                        Houston, TX  77027
                                        (713) 666-0807
                                        (713) 355-8382 facsimile
                                        SBN 15659700

<u>Certificate of Service</u>

     I hereby certify that a true and correct copy of the foregoing was served on this the 10th day of February, 2009 on the following persons and on the attached list by first class mail, postage prepaid or by electronic means:

Charles McVay
United States Trustee
515 Rusk Ave.
Houston, TX  77002

     Creditors on the attached list

                                               /s/Marjorie Payne Britt
                                              Marjorie Payne Britt

| | |
|---|---|
| A-1 Helium & Balloons<br>2244 1st Street<br>Rosenberg, TX 77471 | Aldine ISD<br>14909 Aldine Westfield Road<br>Houston, TX  77032-3027 |
| Aldine School District<br>14910 Aldine-Westfield Road<br>Houston, TX  77032<br>Attn. Susan Fuertes | Apartment Data Services<br>1500 South Dairy Ashford, Suite 175<br>Houston, Texas 77077 |
| Apple Pest Control<br>1422 Yale street<br>Housotn, Texas 77008 | AT&T<br>P. O. Box 600670<br>Jacksonville, FL  32260 |
| Centerpoint Energy<br>P. O. Box 2628<br>Houston, TX  77252-2628 | Chao, Koy<br>5300 West Gulf Bank Road #1404<br>Houston, Texas 77088 |
| Christine March<br>United States Trustee Office<br>Bob Casey Courthouse<br>515 Rusk St.<br>Houston, TX  77002 | City of Houston, Water Dept.<br>P.O. Box 1560<br>Houston, TX 77251 |
| Claudia Gomez<br>2nd Market St. Suite 450<br>San Jose, CA  95113 | Coinmach<br>3201 W. Royal Lane, Suite 100<br>Irving, TX   75063 |
| Creative Property Managment, Inc.<br>c/o Allen J. Segal<br>1200 Briarcrest, Suite 3100<br>Bryan, TX  77802 | Cyrus N. Ansari/Jared W. Hays/Jacob Newt<br>Stutzman, Bromberg,, Esserman & Plifka<br>2323 Bryan St. Suite 2200<br>Dallas, TX  75201 |
| Direct Energy<br>P.O. Box 650273<br>Dallas, TX 75265-0273 | First Advantage<br>P.O. Box 31462<br>Tampa Fla   33631-3462 |
| For Rent Magazine<br>75 Remittance Drive, #1711<br>Chicago, IL  60675-1711 | Harris County et al<br>c/o John P. Dillman<br>Linebarger, Goggan Blair & Sampson<br>P.O. Box 3064<br>Houston, Texas 77253-3064 |

| | |
|---|---|
| HPES<br>20202 Highway 59 North #325<br>Humble, Texas 77338-2402 | IRS- Insolvency Division<br>P. O. Box 21126<br>Philadelphia, PA  19114 |
| Kroger Myers Frisby<br>3100 Weslayan, Suite 300<br>Houston, TX  77027 | Lee, James<br>1835 Conestoga Court<br>Merced, Ca   95348 |
| Lee, Mae Po Sae<br>5300 West Gulf Bank Road   #606<br>Houston, Texas 77088 | Legg Mason Real Estate Capital III<br>10880 Wilshire Blvd, Suite 1750<br>Los Angeles, CA  90024 |
| Lion Distributing<br>POB 565<br>Reisterstown MD 21136-0565 | Marmill Landscaping<br>P.O. Box 771611<br>Houston, Texas 77215-1622<br>Attn. Elizabeth Hanks |
| Moveforfree.com<br>8535 Wurzbach, Suite 101<br>San Antonio, TX  78240 | O'Connor & associates<br>2200 North Loop<br>Houston |
| Presto Supply<br>580 North Shepherd<br>Houston, Texas 77007 | Real Page<br>4000 International Parkway,<br>Carrollton, Texas 75007 |
| Rent.com<br>2425 Olympic Blvd. Suite 400E<br>Santa Monica, Ca | Security Deposits owed Tenants |
| Solar Verde<br>20533 Biscayne Blvd. #765<br>Aventura, FL  33180 | Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. Suite 2200<br>Dallas, TX  75201-2689<br>P. D'Apice, J.Newton, B. Cioni |
| Stutzman, Bromberg, Esserman<br> & Plifka<br>2323 Bryan St. Suite 2200<br>Dallas, TX  75201-2689<br>P. D'Apice, J.Newton, B.Cioni | Thomas J. Masenga<br>Allen Matkins Leck Gamble Mallory<br>& Natsis<br>515 S. Figueroa St., 7th Floor<br>Los Angeles, CA  90071-3398 |

| | |
|---|---|
| Waste Management<br>PO Box 55409<br>Houston, Tx 77255-5409 | Wilmar Supply<br>200 East Park Dr. Suite 200<br>Mt. Laurel, NJ 08054 |