IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Green 126 LP, *et al.*, | § | Case No. 08-36470 |
| | § | |
| Debtors | § | **(Jointly Administered)** |

### ORDER FINDING DEBTORS' DEFAULT OF SETTLEMENT AGREEMENT

CAME ON FOR CONSIDERATION the Motion Requesting Order Finding Debtors in Default of the Settlement Agreement (the "Motion") filed by LMREC CDO II REO I, Inc. ("Legg Mason"), a secured creditor of Greens 126 LP, Oaks 198 LP and Trails 240 LP (collectively, the "Debtors"), Debtors in the above-referenced jointly administered cases (the "Bankruptcy Cases"), and the Court being of the opinion that the Motion should be granted, it is hereby

(___) **ORDERED**, that Debtors have defaulted on the terms of the Settlement Agreement by failing to make the required monthly payment pursuant to 11 U.S.C. § 362(d)(3)(B) and the Settlement Agreement approved by this Court on _____. Accordingly, Legg Mason may upload and the Court may enter such Agreed Order Lifting the Automatic Stay as provided for in the Settlement Agreement.

(___) **ORDERED**, that Debtors have defaulted on the terms of the Agreed Cash Collateral Order entered by this Court on November 10, 2008, and as extended by Order entered on January 22, 2009, and as extended in the Settlement Agreement.  Accordingly, Legg Mason may upload and the Court may enter such Agreed Order Lifting the Automatic Stay as provided for in the Settlement Agreement.

**DATED** _____

_____
**KAREN K. BROWN**
**UNITED STATES BANKRUPTCY JUDGE**