

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/18/2009

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Green 126 LP, *et al.*, | § | Case No. 08-36470 |
| | § | |
| Debtors | § | **(Jointly Administered)** |

### ORDER GRANTING JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

CAME ON FOR CONSIDERATION the Joint Motion for Order Approving Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion") filed by Greens 126 LP, Oaks 198 LP and Trails 240 LP (collectively, the "Debtors"), Debtors in the above-referenced jointly administered cases (the "Bankruptcy Cases"), and LMREC CDO II REO I, Inc. ("Legg Mason"), a secured creditor of Debtors, and the Court being of the opinion that the Motion should be granted, it is hereby

**ORDERED**, the Motion is **GRANTED** and the Settlement Agreement entered into between Debtors and Legg Mason is hereby approved.

DATED  MAR 1 8 2009

KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE