IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Greens 126, L.P. and | § | No. 08-36470 |
| Oaks 198, L.P. and | § | No. 08-36471 |
| Trails 240, L.P. | § § | No. 08-36472 |
| **DEBTOR(S)** | § | Chapter 11 |

## Application of Debtor for Authority to Employ And Enter Into Contract With Property Consulting Group

COME NOW, Greens 126, L.P., Oaks 198, L.P., and Trails 240 L.P., Debtors herein, and respectfully request the following:

1.  Debtors filed a petition for relief under Chapter 11 of the Bankruptcy Code on October 7, 2008, and are operating their respective businesses of managing and leasing apartments.

2.  Debtors annually pay property taxes on the order of $310,000 for the three properties. The property taxes are based on the tax appraised values of the real estate and improvements.

3.  In order to ensure Debtors have taken every reasonable measure to lower their operating costs to improve their opportunity for a successful reorganization, Debtors believe it is reasonable and necessary for them to employ professionals who are in the regular business to challenge tax appraisals in order, at minimum, to be held constant, or on the upside, to get them reduced. Debtors have interviewed a number of providers of these types of services and would suggest to this Court that Property Consulting Group ("PCG"), be authorized to provide the necessary services in the role of property tax consultants. Debtors

feel PCG is well qualified for this work and have selected them as the preferred supplier after interviewing and evaluating other adjusters and their qualifications. The qualifications of PCG are attached as <u>Exhibit A</u>.

4. To the best of the Debtors' knowledge and belief, PCG is disinterested and does not hold or represent any interest adverse to the Debtors' bankruptcy estates, either individually or collectively. Moreover, PCG has no connections with the Debtors, creditors or any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee other than as disclosed by PCG in the Verified Statement (<u>Exhibit B</u>) under Bankruptcy Rule 2014 filed contemporaneously herewith.

5. Retention and employment of PCG would be to the material benefit of the Debtors and would give not only short term benefit, but also longer term benefit as the tax base is lowered in terms of year to year percentage increases.

6. The fees which would be charged to Debtors would be in accordance with the contract attached as <u>Exhibit C</u>. Briefly for the Court's benefit, the fees charged are calculated based on the actual achieved savings (the difference between the tax assessment before and after their services have been provided for a particular tax year). The fee is a 15% commission on the actual savings.

7. To date, PCG has not requested nor has it received a retainer post-petition in anticipation of the Court's approval of this Motion to Employ and Enter Into Contract.

8. Any post-petition fees incurred by PCG for Debtors will be paid directly from funds operating funds of the Debtors, which is the subject of a cash collateral agreement previously approved by this Court, and this is understood by PCG. Unless the Court

requests otherwise, Debtors and PCG do not anticipate requesting court approval for payment of their fees consistent with the attached contract.

9. LMREC CDO II REO I ("Legg Mason"), the secured lender on the cash collateral *et al.* does not oppose this Application and approves the employment of PCG to perform the services as outlined in this Application.

WHEREFORE, PREMISES CONSIDERED, Greens 126, L.P., Oaks 198, L.P., and Trails 240 L.P., Debtors herein, pray the Court to authorize the employment and permission to enter into contract with PCG to provide professional consulting services regarding their property taxes consistent with the attached contract.

.

Respectfully submitted this the 4t day of June, 2009

/s/ Michael Louis Catrett
Michael Louis Catrett
SBN 24049057
ADM 589119
Britt & Catrett, P.C.
4615 S.W. Fwy., Suite 500
Houston, TX  77027
(713) 666-0807
(713) 355-8382 facsimile

## Certificate of Service

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument has been duly served upon the entities listed below by First Class Mail, Postage Pre-paid or by electronic means on this the 3rd day of April, 2009.

**U.S. Trustee:**
Christine March
United States Trustee
Bob Casey Federal Building
515 Rusk Avenue, Suite 3401

Houston, Texas 77002

Property Consulting Group
2611 FM 1960 Road West, Suite A-102
Houston, TX  77068

Greens 126, L.P.
Oaks 198, L.P.
Trails 240, L.P.
8045 Antoine #189
Houston, TX  77088

A-1 Helium & Balloons
2244 1st Street
Rosenberg, TX 77471

Aldine ISD
14909 Aldine Westfield Road
Houston, TX  77032-3027

Apartment Data Services
1500 South Dairy Ashford,
 Suite 175
Houston, Texas 77077

Apple Pest Control

1422 Yale street
Housotn, Texas 77008

AT&T
P. O. Box 600670
Jacksonville, FL  32260

Centerpoint Energy
P. O. Box 2628
Houston, TX  77252-2628

Chao, Koy
5300 West Gulf Bank Road #1404
Houston, Texas 77088

Christine March
Untied States Trustee Office
Bob Casey Courthouse
515 Rusk St.
Houston, TX  77002

City of Houston, Water Dept.
P.O. Box 1560
Houston, TX 77251

Claudia Gomez

Creative Property Managment, Inc.
c/o Allen J. Segal
1200 Briarcrest, Suite 3100
Bryan, TX  77802

Briana Cioni/Peter D'Aprice
Stutzman, Bromberg,, Esserman & Plifka
2323 Bryan St. Suite 2200
Dallas, TX  75201

Direct Energy
P.O. Box 650273
Dallas, TX 75265-0273

First Advantage
P.O. Box 31462
Tampa Fla   33631-3462

| | |
|---|---|
| Harris County et al<br>c/o John P. Dillman<br>Linebarger, Goggan<br>Blair & Sampson<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | HPES<br>20202 Highway 59 North #325<br>Humble, Texas 77338-2402 |
| IRS- Insolvency Division<br>P. O. Box 21126<br>Philadelphia, PA  19114 | Lee, James<br>1835 Conestoga Court<br>Merced, Ca   95348 |
| Lee, Mae Po Sae<br>5300 West Gulf Bank Road   #606<br>Houston, Texas 77088 | Legg Mason Real Estate Capital III<br>10880 Wilshire Blvd, Suite 1750<br>Los Angeles, CA  90024 |
| Lion Distributing<br>POB 565<br>Reisterstown MD 21136-0565 | Marmill Landscaping<br>P.O. Box 771611<br>Houston, Texas 77215-1622<br>Attn. Elizabeth Hanks |
| O'Connor & associates<br>2200 North Loop<br>Houston | |
| Real Page<br>4000 International Parkway,<br>Carrollton, Texas 75007 | Rent.com<br>2425 Olympic Blvd. Suite 400E<br>Santa Monica, Ca |
| Solar Verde<br>20533 Biscayne Blvd. #765<br>Aventura, FL  33180 | |
| Thomas J. Masenga<br>Allen Matkins Leck Gamble<br>Mallory<br>& Natsis<br>515 S. Figueroa St., 7th Floor<br>Los Angeles, CA  90071-3398 | Waste Management<br>PO Box 55409<br>Houston, Tx 77255-5409 |
| Wilmar Supply<br>200  East Park Dr. Suite 200<br>Mt. Laurel, NJ  08054 | |
| Ameristar Glass<br>P.O. Box 29309<br>Dallas, TX 75229 | |

Apartment Home Living
9430 research Blvd.
Echelon Building II, Suite 100
Austin, Texas 78759

Cyrus N. Ansari/Jared W. Hays
Stutzman, Bromberg,,
Esserman & Plifka
2323 Bryan St. Suite 2200
Dallas, TX  75201

Data Rush Couriers

1298 North Post Oak Rd.
Houston, TX 77055

For Rent . Com
75 Remittance Drive #1711
Chicago, Il 60675-1711

ECG Telephone
P.O. Box 606
Bartlesville, OK 74005

Houston Multi-Housing
4810 Westway Park Blvd.
Houston, Texas 77041

Kroger, Myers - LLP
3100 Weslayan, Suite 300
Houston, TX 77027

Legg Mason Real Estate Capital III
10880 Wilshire Blvd, Suite 1750
Los Angeles, CA  90024

Message America
P.O. Box 682812
Houston, Texas 77268

Monitronics
8628 Innovation Way
Chicago, IL 60682-0086

Presto Supply
580 North Shepherd
Houston, Texas 77007

Ambit Energy
1801 North Lamar St., Suite 200
Dallas, TX 75202

Ameristar Glass
P.O. Box 29309
Dallas, TX 75229

Andrew Zel
5300 West Gulf Bank Road

AT&T
POB 5001

| | |
|---|---|
| Houston, TX  77088 | Carol Stream IL 60197-5001 |
| Best Plumbing | Brilliant Promotional<br>1016 Harwin Dr., Suite 125<br>Houston, TX 77036 |
| Buena Suerte<br>P.O. Box 740426<br>Houston,TX 77274 | Captive Audience Marketing<br>5997 Brockton Ave., Suite B<br>Riverside, CA 90256 |
| Craven Carpet<br>P.O. Box 801084<br>Houston, TX 77280 | Creative Consultants<br>P.O. Box 790867<br>San Antonio, TX 78279 |
| First Advantage<br>P.O. Box 31462<br>Tampa Fla   33631-3462 | Great American<br>P.O. Box 4422<br>Houston, TX 77210 |
| GreenSheet<br>P.O. Box 2025<br>Houston, TX 77252 | Home Depot<br>PO Box 6029<br>The Lakes, Nevada 88901-6029 |
| Houston Apartment Association | Houston Multi-Housing<br>4810 Westway Park Blvd.<br>Houston, Texas 77041 |
| ICC Paints<br>same phone # as ICI Paints | ICI Paints<br>14130 Westheimer<br>Houston, Texas 77077 |
| Job Target<br>225 State Street, Suite 300<br>New London, CT 06320 | La Subasta<br>P.O. Box  740800<br>Houston, Texas 77274-0800 |
| Lee, James<br>1835 Conestoga Court<br>Merced, Ca   95348 | Lion Distributing<br>POB 565<br>Reisterstown MD 21136-0565 |

| | |
|---|---|
| Lowes<br>PO Box 530954<br>Atlanta, GA 30353-0954 | Message America<br>P.O. Box 682812<br>Houston, Texas 77268 |
| Move for Free<br>8535 Wurzbach, Suite 101<br>San Antonio, TX 78240 | Office Depot<br>P O Box 9020<br>Dept. 56-4204887268 |
| Ricoh Customer Group<br>P. O. Box 730831<br>Dallas, TX  75373 | Royal Chemical Corporation<br>P.O. Box 1601<br>Owings Mill, Md 21117 |
| Royal Plumbing<br>6750 Long Point<br>Houston, Texas 77055 | Saelee, May Poo<br>5300 West Gulf Bank Road #606<br>Houston, Texas 77088 |
| South Cross Security<br>4008 Artdale<br>Houston, TX 77063 | Toyota Financial Services<br>P.O. Box 650686<br>Dallas, TX 75265 |

 /s/Michael Louis Catrett