

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/27/2009

| | |
|---|---|
| **IN RE** § | |
| § | |
| Greens 126, L.P. and § | No. 08-36470 |
| Oaks 198, L.P. and § | No. 08-36471 |
| Trails 240, L.P. § | No. 08-36472 |
| § | JOINTLY ADMINISTERED |
| Debtors. § | UNDER NO. 08-36470 |

## ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION AND TO LIMIT NOTICE FOR MOTION REQUESTING AMENDED ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

Came on to be considered the Motion For Expedited Consideration for Motion for Requesting Amended Order and Notice for Hearing on Disclosure Statement filed by Debtors and it appearing that such request should be granted; it is

☒ **ORDERED** that this motion be set for hearing on 9-4, 2009, at 11 AM/PM in Courtroom 403, 515 Rusk St. Houston, TX 77002..

☐ **ORDERED** that this motion will be considered without hearing unless one is requested by a party prior to _____, 2009.

**ORDERED** that notice for said hearing be limited to notice provided by the underlying Motion.

SIGNED this 27 day of Aug, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE